AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

KEITH RULE INC., an unincorporated business,
  a/k/a Keith Rule, Incorporated
  a/k/a Rule Painting & Decorating

and

GREG RULE, individually and
  d/b/a KEITH RULE, INC.
  a/k/a Keith Rule, Incorporated
  a/k/a Rule Painting & Decorating

CASE NUMBER:   1:06-cv-01518

TO: (Name and address of Defendant)

GREG RULE, individually and
  d/b/a KEITH RULE, INC.
  a/k/a Keith Rule, Incorporated
  a/k/a Rule Painting & Decorating
4425 Second Avenue, East
Hibbing, MN 55746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          SEP 0 7 2006

CLERK                             DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT          DISTRICT OF COLUMBIA

Case No.: 1:06CV01518

International Painters and Allied Trades Industry
Pension Fund

vs

Keith Rule Inc., et al.

SERVICE OF PROCESS ON: **Greg Rule, individually and d/b/a Keith Rule, Inc. a/k/a Keith Rule, Incorporated a/k/a Rule Painting & Decorating**

_____Deputy Jennifer Shay_____, undersigned, being duly sworn, deposes and says that ~~he~~ she was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:       October 23, 2006
Place of Service:    **4425 Second Avenue East Hibbing, MN 55746**
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

XX ___   By hand delivering to defendant personally.   Greg Rule
   ___   By hand delivering to an adult resident of defendants' household.
         Name & Relationship:_____

Description of Person Receiving Documents: Male/Female  Skin Color  White
                                          Hair Color  Brown    Age  47  Hgt 508  Wgt 160

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____    October 23, 2006
Signature of Server                Date

Kent Cprek, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700