IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) ) | NO.: 1:06 -01518 (PLF) |
| KEITH RULE, INC, *et al.* | ) ) ) | |
| Defendants | ) | |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendants, Keith Rule, Inc. a/k/a Keith Rule, Incorporated a/k/a Rule Painting & Decorating and Greg Rule, individually, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: s/ Kent Cprek
KENT CPREK
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0669
Attorneys for the Fund

Date: November 14, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
175541-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> KEITH RULE, INC, *et al.* ) <br> ) <br> Defendants ) | CIVIL ACTION <br> NO.: 1:06 -01518 (PLF) |

### DECLARATION OF KENT CPREK FOR ENTRY OF DEFAULT

I, Kent Cprek, Esquire, declare the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Greg Rule, ("Rule"), by Jennifer Shay, Sheriff's Deputy, who served Greg Rule at 4425 Second Avenue, East Hibbing, MN 55746 on October 23, 2006. The Complaint and Summons in this action was served on the Defendant, Keith Rule, Inc. a/k/a Keith Rule, Incorporated a/k/a Rule Painting & Decorating ("Company" and together with Rule "Defendants"), by Deputy Jennifer Shay who served Greg Rule, Authorized Agent of Company, 4425 Second Avenue, East Hibbing, MN 55746 on October 24, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants are infants or incompetent people and, Company is not in the military service. A separate Declaration is attached with respect to the individual defendant, Greg Rule.

                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: <u>November 14, 2006</u>       BY: <u> s/ Kent Cprek</u>
                  KENT CPREK, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>KEITH RULE, INC, *et al.* )<br>)<br>Defendants ) | CIVIL ACTION<br>NO.: 1:06 -01518 (PLF) |

**DECLARATION OF NON-MILITARY SERVICE**

KENT CPREK, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Greg Rule, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                                                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: <u>November 14, 2006</u>          BY: <u>  s/ Kent Cprek           </u>
                                                                                         KENT CPREK, ESQUIRE

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Greg Rule
4425 Second Avenue
East Hibbing, MN 55746

and

Keith Rule, Inc. a/k/a Keith Rule, Incorporated
a/k/a Rule Painting & Decorating
4425 Second Avenue
East Hibbing, MN 55746

Date: November 14, 2006              BY:  s/ Kent Cprek
                                         KENT CPREK, ESQUIRE

175541-1