Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

V.

Civil Action No. 06-1518 PLF

KEITH RULE INC., et al.,

    Defendant(s)

RE: KEITH RULE INC.,

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 10/23/06, and an affidavit on behalf of the plaintiff having been filed, it is this 15th day of November, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk