Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY
PENSION FUND
_____

      Plaintiff(s)

   V.

Civil Action No.  06-1518 PLF _____

KEITH RULE INC., et al.,
_____

     Defendant(s)

RE:    GREG RULE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on        10/24/06        , and an affidavit on behalf of the plaintiff having been filed, it is this  15th  day of  November , 2006  declared that  defendant(s) is/are in default.


NANCY MAYER-WHITTINGTON, Clerk


By: _____ /s/ Tawana Davis _____
                     Deputy Clerk