UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1518   (PLF) |
| KEITH RULE INC., et al., | ) ) | |
| Defendants. | ) ) | |

ORDER

Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant Greg Rule on October 23, 2006 and on defendant Keith Rule Inc. on October 24, 2006.  Affidavits of said services have been filed with the Court.  On November 15, 2006, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action.  Plaintiff has not yet filed a motion for entry of default judgment.  Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for entry of default judgment on or before January 2, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 13, 2006