## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendants was served by mailing same first class mail, postage prepaid, on the date listed below to:

Greg Rule
4425 Second Avenue
East Hibbing, MN 55746

and

Keith Rule, Inc. a/k/a Keith Rule, Incorporated
a/k/a Rule Painting & Decorating
4425 Second Avenue
East Hibbing, MN 55746

                                                              s/ Kent Cprek
                                                              KENT CPREK, ESQUIRE

Date: January 2, 2007

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM**

177884_1.DOC