

DA Home   UCC   Business Services   Account   Session Briefcase   Help/FAQs   About   Login

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 2T-1035 | **Entity Type:** | Domestic Corporation |
| **Original Date of Filing:** | 4/30/1976 | **Entity Status:** | Inactive |
| **Chapter:** | 302A | **Good Standing:** (date of last annual filing) | |
| **Duration:** | PERPETUAL | | |
| **Name:** | Keith Rule, Inc. | | |
| **Registered Office Address:** | 4425 2nd Ave E Hibbing, MN, 55746 | | |
| **Agent Name:** | No Agent Filed | | |

[ Additional Entity Detail ]   [ Return to Search List ]   [ New Search ]

---

DA Home | OSS Home | Contacts | Privacy Policy | Terms & Conditions

Use of this site and services indicates your acceptance of the Terms & Conditions of Use.
©Copyright 2001, Minnesota Office of the Secretary of State. All Rights Reserved.



EXHIBIT 5

http://da.sos.state.mn.us/minnesota/corp_inquiry-entity.asp?:nfiling_number=2T-1035&