IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff )<br>v. )<br>KEITH RULE, INC, *et al.* )<br>Defendants ) | CIVIL ACTION<br>NO.: 1:06 -01518 (PLF) |

### DECLARATION OF KENT CPREK

Kent Cprek, Esquire declares and states, the following:

1. I am a shareholder with the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I was admitted as a member of the Bar of the District of Columbia in September 2002. I have been a member of the Michigan Bar since November 1978. I have represented employee benefit plans such as the Pension Fund since 1984. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through January 2, 2007.

2. Attached to this Motion as Exhibit 7 is a computerized billing list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through January 2, 2007. The computerized listing is prepared from contemporaneous attorney time and expense records, the

177884_1.DOC


EXHIBIT 6

originals of which are maintained in the regular business records and files of Jennings Sigmond, P.C. The identity of those performing services connected with this matter are:

| Initials | Name | Title |
|---|---|---|
| SGR | Sanford G. Rosenthal | Attorney |
| KGC | Kent G. Cprek | Attorney |
| JLT | Jessica L. Tortella | Attorney |
| CTM | Catherine T. Morton | Paralegal |
| FIRM | Billing by Firm Attorneys No longer Employed | Attorney |

3. Based upon my review of Exhibit 7, the Plaintiff has incurred attorneys' fees and costs of $21,058.24 from Jennings Sigmond, P.C.

4. Based upon my review of Exhibit 8, the Plaintiff has incurred attorneys' fees and costs of $10,844.52 from local counsel, Brown, Andrew, Signorelli, P.A., Duluth, MN.

5. Defendants owe attorneys' fees and costs in the amount of $31,902.76.

4. I have executed this Declaration in support of the Motion of Plaintiff for Default Judgment against Defendants, and request this Court to consider the same as proof in support of the allegations contained in the Complaint and other facts stated in this Declaration.

                                                Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: January 2, 2007                                /s/ Kent Cprek
                                                                        KENT CPREK, ESQUIRE