**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) ) | NO.: 1:06 -01518 (PLF) |
| KEITH RULE, INC, *et al.* | ) ) ) | |
| Defendants | ) | |

### JENNINGS SIGMOND, P.C. January 2007 ATTORNEYS' FEES

| Date | Attorney | Task | Time |
|---|---|---|---|
| 1/2/2007 | JLT | Review Correspondence from P. Gilbert (x2) Preparation of Default Motion; Review of Correspondence from P. Gilbert Preparation of Exhibits; Phone Conference with T. Montemore Calculation of Attorneys' Fees and Cost Preparation of Supporting Affidavits Preparation of Correspondence to T. Montemore | <u>5.8</u> |
| | | TOTAL | 5.8 |

<u>January 2007 Summary</u>
JLT   5.8 Hrs. x $200          = $  1,160.00

    3/02- 11/06 Fees          = $26,434.00
    3/02- 11/06 Costs         = $  1,337.03
    Local counsel fees        = <u>$10,844.52</u>

      **Grand Total    = $39,772.55**

177884_1.DOC



# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:   OT2025 - 9015
Tuesday, January 02, 2007

Printed By   SLG
Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 23289 | Keith Rule, Inc. | Sigmond, Richard B. |

Beginning To End

**Unbilled Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 11/1/2006 | $0.84 | COPY | Photocopies |
| 11/1/2006 | $0.21 | COPY | Photocopies |

Unbilled Expenses   Totals   $1.05

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/6/2005 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Letter from T. Montemore<br>Phone Conference with A. Bransky |
| 9/7/2005 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Correspondence from P. Gilbert<br>Preparation of Correspondence to A. Bransky<br>Memo to File<br>Phone Conference with A. Bransky (X3) |
| 9/8/2005 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Preparation of Correspondence to T. Montemore<br>Review of Correspondence from T. Montemore<br>Phone Conference with A. Bransky |
| 10/5/2005 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from P. Gilbert (x3)<br>Review of Correspondence from T. Montemore (x2) |
| 11/22/2005 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Bills<br>Preparation of Letter to G. Meyers |
| 11/18/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Bills from Local Counsel<br>Preparation of Letter to Client<br>Calculation of Amounts Due |
| 1/25/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with P. Gilbert (x2)<br>Phone Conference with T. Montemore (x3)<br>Review of Correspondence from T. Montemore<br>Phone Conference with C. Olson<br>Phone Conference with J. Bradley |
| 1/26/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with T. Montemore<br>Review of Correspondence from A. Bransky (x3) |
| 1/27/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from A. Bransky (x3)<br>Review of Docket |
| 2/1/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Preparation of Memo Regarding Litigation Status<br>Phone Conference with P. Burns (x2) |
| 2/7/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Correspondence to T. Montemore<br>Phone Conference with A. Bransky |

Report ID:   OT2025 - 9015
Tuesday, January 02, 2007

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

Printed By   SLG
Page         2

| Date | Timekeeper | Hours Worked | Billed Time Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/28/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Letter from A. Bransky |
| 3/28/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Documents<br>Phone Conference with T. Montemore(x3)<br>Preparation of Correspondence to T. Montemore |
| 3/29/2006 | KGC | 0.40 | 0.40 | 200.00 | $80.00 | | | Office Conference with Attorney J. Tortella<br>Office Conference with Attorney K. Cprek |
| 3/29/2006 | JLT | 1.40 | 1.40 | 200.00 | $280.00 | | | Office Conference, Legal Research & Memo Regarding Minnesota Real Estate Acqusion and Holding Company |
| 3/29/2006 | JLT | 1.40 | 1.40 | 200.00 | $280.00 | | | Phone Conference with T. Montemore<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to A. Bransky |
| 3/30/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Documents Regarding Tax Bill<br>Review of Correspondence from A. Bransky (x4) |
| 3/31/2006 | JLT | 1.40 | 1.40 | 200.00 | $280.00 | | | Phone Conference with A. Bransky (x2)<br>Review of Correspondence from A. Bransky<br>Review of Correspondence from T. Montemore (x3)<br>Preparation of Correspondence to P. Gilbert (x8) |
| 4/12/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Letter from A. Bransky<br>Preparation of Correspondence to A. Bransky<br>Preparation of Correspondence to A. Bransky |
| 4/17/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with A. Bransky<br>Preparation of Correspondence to A. Bransky<br>Phone Conference with T. Montemore<br>Review of Correspondence from T. Montemore (x3) |
| 4/18/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with T. Montemore (x3)<br>Phone Conference with A. Bransky (x2) |
| 4/20/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Phone Conference with G. Rule<br>Review of Correspondence from A. Bransky<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to A. Bransky |
| 4/21/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Phone Conference with T. Montemore<br>Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from T. Montemore<br>Review of Correspondence from T. Montemore (x4) |
| 4/24/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with A. Bransky (x4)<br>Preparation of Correspondence to T. Montemore<br>Phone Conference with T. Montemore (x2) |
| 5/1/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from A. Bransky (x4)<br>Preparation of Correspondence to T. Montemore<br>Phone Conference with T. Montemore<br>Review of Delinquency Report<br>Office Conference with S. Rosenthal Regarding Recommendation |

Report ID:   OT2025 - 9015
Tuesday, January 02, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By   SLG
Page        3

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 5/1/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Office Conference with Attorney J. Tortella regarding Property Issues and Option |
| 5/9/2006 | JLT | 4.20 | 4.20 | 200.00 | $840.00 | | | Phone Conference with A. Bransky |
| | | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Phone Conference with R. Sigmond |
| | | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | | Preparation of Memo to Trustee |
| | | | | | | | | Review of Waiver from Hawk Construction |
| 5/10/2006 | JLT | 6.20 | 6.20 | 200.00 | $1,240.00 | | | Preparation of Memo Regarding Minnesota Property |
| | | | | | | | | Computer Research Regarding Prohibited Transactions |
| | | | | | | | | Review of Letter Regarding Hawk Construction |
| | | | | | | | | Review of Correspondence from T. Montemore (x6) |
| | | | | | | | | Preparation of Correspondence to T. Montemore (x7) |
| 5/10/2006 | SGR | 0.50 | 0.50 | 200.00 | $100.00 | | | Review and Revision of Recommendation |
| 5/11/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Conference with Attorney J. Tortella regarding Lease of Real Estate Issue |
| 5/12/2006 | JLT | 3.70 | 3.70 | 200.00 | $740.00 | | | Preparation of Memo |
| | | | | | | | | Computer Research Regarding Prohibited Transaction Exemptions |
| 5/15/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Review of Correspondence from T. Montemore (x2) |
| | | | | | | | | Review of Insurance Policy Documents |
| | | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | | Review of Letter from A. Bransky |
| | | | | | | | | Preparation of Correspondence to G. Meyers |
| 5/16/2006 | JLT | 1.30 | 1.30 | 200.00 | $260.00 | | | Review of Correspondence from M. Meyers |
| | | | | | | | | Preparation of Correspondence to M. Meyers (x2) |
| | | | | | | | | Review of Insurance Policy |
| | | | | | | | | Phone Conference with T. Montemore |
| 5/19/2006 | JLT | 4.60 | 4.60 | 200.00 | $920.00 | | | Computer Research Regarding Prohibitive Transactions |
| | | | | | | | | Preparation of Memo Regarding Foreclosure and Trustees Recommendation |
| 5/22/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with T. Montemore |
| | | | | | | | | Phone Conference with A. Bransky |
| 5/23/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with A. Bransky |
| 5/24/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with T. Montemore |
| | | | | | | | | Preparation of Correspondence to A. Bransky |
| 5/31/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with A. Bransky (x4) |
| | | | | | | | | Review of Correspondence from T. Montemore (x3) |
| | | | | | | | | Review of Letter from A. Bransky |
| | | | | | | | | Review of Letter from G. Rule |
| 6/1/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with T. Montemore |
| | | | | | | | | Preparation of Correspondence to T. Montemore |
| 6/2/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Phone Conference with A. Bransky |
| | | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | | Phone Conference with Insurance Company Regarding Liability |
| | | | | | | | | Preparation of Memo to Fund |
| 6/5/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Phone Conference with T. Montemore (x5) |
| | | | | | | | | Preparation of Correspondence to T. Montemore (x5) |
| | | | | | | | | Review of Correspondence from A. Bransky |

Report ID:   OT2025 - 9015
Tuesday, January 02, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/6/2006 | JLT | 0.00 | 0.00 | 200.00 | $0.00 | | | Phone Conference with T. Montemore (x3) |
| 6/7/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with J. Young<br>Review of Correspondence from T. Montemore (x5)<br>Review of Letter from A. Bransky<br>Review of Letter from J. Young Regarding Mortgage |
| 6/9/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with T. Montemore (x2)<br>Phone Conference with J. Young (x2)<br>Review of Correspondence from A. Bransky |
| 6/13/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Correspondence to A. Bransky<br>Preparation of Correspondence to T. Montemore<br>Review of Correspondence from A. Bransky |
| 6/14/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with J. Young<br>Preparation of Correspondence to A. Bransky<br>Review of Correspondence from T. Montemore |
| 6/15/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Preparation of Correspondence to T. Montemore<br>Phone Conference with T. Montemore (x3) |
| 6/16/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with S. Young (x3)<br>Review of Correspondence from A. Bransky (x4) |
| 6/21/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with J. Young (x2)<br>Phone Conference with T. Montemore (x3) |
| 6/22/2006 | JLT | 0.90 | 0.90 | 200.00 | $180.00 | | | Phone Conference with J. Young (x2)<br>Preparation of Correspondence to G. Meyers and T. Montemore<br>Review of Correspondence from T. Montemore |
| 6/23/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Correspondence from A. Bransky<br>Phone Conference with T. Montemore<br>Phone Conference with J. Young (x2) |
| 6/26/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with T. Montemore<br>Preparation of Correspondence to T. Montemore |
| 6/28/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Correspondence to A. Bransky<br>Phone Conference with J. Young |
| 6/29/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with T. Montemore<br>Phone Conference with J. Young<br>Preparation of Correspondence to A. Bransky<br>Preparation of Correspondence to T. Montemore<br>Review of Correspondence from T. Montemore<br>Phone Conference with A. Bransky (x2) |

Report ID:  OT2025 - 9015
Tuesday, January 02, 2007

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

Printed By  SLG
Page      5

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/30/2006 | JLT | 1.20 | 1.20 | 200.00 | $240.00 | | | Review of Correspondence from A. Bransky<br>Preparation of Correspondence to A. Bransky (x2)<br>Phone Conference with T. Montemore (x4)<br>Review of Correspondence from T. Montemore<br>Phone Conference with G. Rule (x2)<br>Phone Conference with J. Young<br>Review of Letter from J. Young (2) |
| 7/10/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Phone Conference with J. Young (x4)<br>Review of Correspondence from A. Bransky<br>Preparation of Correspondence to A. Bransky<br>Phone Conference with K. Rule (x3) |
| 7/11/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Preparation of Memo regarding Litigation Status |
| 7/14/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference with G. Rule (x2) |
| 7/17/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with A. Bransky |
| 7/18/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with T. Montemore (x4)<br>Review of Letter from A. Bransky<br>Memo to File |
| 7/19/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with D. Sellman<br>Phone Conference with T. Montemore (x2) |
| 7/20/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Phone Conference with T. Montemore<br>Preparation of Correspondence to A. Bransky<br>Preparation of Correspondence to T. Montemore |
| 7/21/2006 | JLT | 3.30 | 3.30 | 200.00 | $660.00 | | | Review of Title Commitment<br>Preparation of Correspondence to P. Gilbert<br>Preparation of Settlement Documents<br>Review of Deed |
| 7/24/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with J. Young and D. Sellman<br>Review of Deed<br>Review of Correspondence from P. Gilbert (x3)<br>Preparation of Correspondence to P. Gilbert (x2) |
| 7/25/2006 | JLT | 2.20 | 2.20 | 200.00 | $440.00 | | | Phone Conference with R. Sellman<br>Phone Conference with T. Montemore<br>Preparation of Settlement Agreement<br>Review of Correspondence from P. Gilbert (x4)<br>Preparation of Correspondence to T. Montemore (x4)<br>Preparation of Correspondence to P. Gilbert<br>Review of Correspondence from T. Montemore (x5)<br>Review of Documents |
| 7/25/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Preparation of Correspondence to R. Sellman (x4) |
| 7/27/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Review of Correspondence from R. Sellman (x4)<br>Phone Conference with G. Rule (x3)<br>Preparation of Correspondence to A. Bransky (x2)<br>Phone Conference with T. Montemore (x2)<br>Phone Conference with A. Bransky |

Report ID:  OT2025 - 9015
Tuesday, January 02, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 7/28/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with T. Montemore |
| | | | | | | | | Preparation of Correspondence to D. Sellman |
| 8/7/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with D. Sellman |
| | | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | | Review of Correspondence from P. Gilbert |
| 8/8/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Letter to D. Sellman |
| | | | | | | | | Review of correspondence from T. Montemore |
| | | | | | | | | Preparation of correspondence to D. Sellman |
| | | | | | | | | Phone Conference with T. Montemore (3) |
| | | | | | | | | Phone Conference with J. Young |
| 8/9/2006 | JLT | 3.10 | 3.10 | 200.00 | $620.00 | | | Phone Conference with D. Sellman |
| | | | | | | | | Review of correspondence from T. Montemore (4) |
| | | | | | | | | Preparation of settlement documents |
| | | | | | | | | Review of correspondence from P. Gilbert |
| | | | | | | | | Preparation of correspondence to P. Gilbert |
| 8/10/2006 | JLT | 5.50 | 5.50 | 200.00 | $1,100.00 | | | Review and Revision of security agreement, guarantee and suretyship |
| 8/11/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Preparation of exhibits |
| 8/14/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Phone Conference with Bransky |
| 8/16/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with G. Rule |
| | | | | | | | | Review of correspondence from T. Montemore (4) |
| | | | | | | | | Preparation of correspondence from P. Gilbert (3) |
| 8/18/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of correspondence from T. Montemore (4) |
| | | | | | | | | Phone Conference with P. Gilbert |
| 8/21/2006 | JLT | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with G. Rule (2) |
| | | | | | | | | Review of correspondence from T. Montemore (2) |
| 8/22/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of correspondence to T. Montemore |
| 8/23/2006 | JLT | 0.80 | 0.80 | 200.00 | $160.00 | | | Review of correspondence from T. Montemore |
| | | | | | | | | Phone Conference with Witness G. Rule |
| | | | | | | | | Preparation of correspondence to T. Montemore |
| | | | | | | | | Preparation of correspondence to A. Bransky |
| | | | | | | | | Review of D&B report |
| | | | | | | | | Review of Company status |
| 8/24/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of correspondence from P. Gilbert |
| | | | | | | | | Review of correspondence from T. Montemore (3) |
| 8/30/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Phone Conference from P. Gilbert (3) |
| | | | | | | | | Review of Correspondence from T. Montemore (2) |
| | | | | | | | | Review of Correspondence from A. Bransky (2) |
| | | | | | | | | Preparation of Correspondence to A. Bransky (2) |
| 8/30/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 9/7/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Phone Conference with Court Clerk regarding Summons |
| 9/7/2006 | KGC | 0.10 | 0.10 | 200.00 | $20.00 | | | Phone Conference with J. Francis, DDC, and memo re: same |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 9015
Tuesday, January 02, 2007

Beginning To End

Printed By   SLG
Page          7

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/12/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Docket |
| 9/13/2006 | JLT | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from A. Bransky<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to A. Bransky |
| 9/13/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Correspondence from A. Bransky<br>Preparation of Correspondence to A. Bransky<br>Phone Conference with T. Montemore |
| 10/2/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Billing<br>Preparation of Letter to G. Meyers |
| 10/24/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from P. Gilbert (x3)<br>Preparation of Correspondence to P. Gilbert (x2) |
| 11/1/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Correspondence to J. O'Donovan<br>Review of Correspondence from J. O'Donovan |
| 11/6/2006 | JLT | 0.70 | 0.70 | 200.00 | $140.00 | | | Review of Affidavits of Service<br>Memo to File |
| 11/8/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Phone Conference with A. Bransky<br>Phone Conference with T. Montemore<br>Review of Letter from A. Bransky |
| 11/15/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Phone Conference with J. Hedtke<br>Preparation of Default |
| 11/16/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Default<br>Review of Electronic Court Documents regarding Default Entry |
| 11/28/2006 | JLT | 0.60 | 0.60 | 200.00 | $120.00 | | | Preparation of Correspondence to P. Gilbert<br>Preparation of Correspondence from P. Gilbert (x4)<br>Review of Correspondence to P. Gilbert (x4) |
| **Totals** | | **79.00** | **79.00** | | **$15,722.00** | | | |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/10/2006 | $133.75 | CRWL | Computer Research - Westlaw |
| 6/23/2006 | $0.35 | COPY | Photocopies |
| 6/30/2006 | $1.50 | FAX | Fax Charges |
| 8/11/2006 | $4.90 | COPY | Photocopies |
| 8/12/2006 | $19.07 | SD | Special Delivery |
| 8/24/2006 | $350.00 | 7100 | Filing Fee - Complaint |
| 8/25/2006 | $8.54 | COPY | Photocopies |
| 8/25/2006 | $2.80 | COPY | Photocopies |
| 8/25/2006 | $0.14 | COPY | Photocopies |
| 8/25/2006 | $4.27 | COPY | Photocopies |
| 8/31/2006 | $0.35 | COPY | Photocopies |
| 9/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:   OT2025 - 9015
Tuesday, January 02, 2007

Beginning To End

Printed By   SLG
Page    8

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|------|--------|----------|-----------|
| 9/2/2006 | $13.36 | SD | Special Delivery |
| 9/2/2006 | $13.36 | SD | Special Delivery |
| 9/14/2006 | $18.97 | COPY | Photocopies |
| 9/15/2006 | $0.14 | COPY | Photocopies |
| 11/3/2006 | $153.10 | 7100 | Affidavit and return of Service |
| 11/14/2006 | $1.26 | COPY | Photocopies |

**Billed Expenses**

| Totals | $798.76 |
|--------|---------|

|  | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|--|--------------|---------------|------------|----------------|--------------|
| **Report Totals** | 79.00 | 79.00 | $15,722.00 | $799.81 | $16,521.81 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-001 RBS
Bill date   04/08/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| 03/11/02 SGR Review of Correspondence from Fund regarding New Delinquency Case Review of Documents Preparation of Litigation Memo | .40 hrs   140 /hr | 56.00 |
| 03/12/02 SGR Phone Conference with P. Gilbert Letter to P. Gilbert | .20 hrs   140 /hr | 28.00 |
| 03/12/02 FIRM Preparation of Complaint | 2.00 hrs   140 /hr | 280.00 |
| 03/12/02 FIRM E-Mail Conference with P. Gilbert | .10 hrs   140 /hr | 14.00 |
| 03/18/02 FIRM Request for Updated Attorneys' Fees and Costs | .10 hrs   140 /hr | 14.00 |
| 03/18/02 FIRM Memo to P. Gilbert regarding Fees and Costs | .20 hrs   140 /hr | 28.00 |
| 03/26/02 FIRM Memo to P. Gilbert regarding Filing Complaint | .10 hrs   140 /hr | 14.00 |
| 03/27/02 FIRM Review and Revision of Complaint Based Upon New Delinquency Information | .90 hrs   140 /hr | 126.00 |
| 03/28/02 SGR Review of Complaint | .20 hrs   140 /hr | 28.00 |
| 03/28/02 FIRM Review of Complaint | .20 hrs   140 /hr | 28.00 |
| 03/29/02 FIRM Review of Complaint Memo to File regarding Audit Progress | .30 hrs   140 /hr | 42.00 |

TOTAL FEES                                               $   658.00

DISBURSEMENTS

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | .00 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 658.00 |
| TOTAL CHARGES FOR THIS BILL | $ | 658.00 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-002 RBS
Bill date    05/08/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

04/02/02 FIRM Phone Conference with V. McGlone regarding Audit
         Compliance
         .20 hrs   140 /hr    28.00
04/02/02 FIRM Revision of Complaint
         .30 hrs   140 /hr    42.00
04/03/02 FIRM Review of Correspondence from P. Gilbert
         regarding New Delinquencies
         .10 hrs   140 /hr    14.00
04/03/02 FIRM Review and Revision of Complaint
         .20 hrs   140 /hr    28.00
04/08/02 FIRM Review of Correspondence from G. Meyers
         regarding Company's Bounced Check
         .20 hrs   140 /hr    28.00
04/16/02 FIRM Review of Case Update from P. Burris
         .20 hrs   140 /hr    28.00
                                      -----------
TOTAL FEES                   $         168.00

DISBURSEMENTS

04/04/02 7100 FILING FEE               150.00
                                      -----------
TOTAL DISBURSEMENTS          $         150.00

BILLING SUMMARY

TOTAL FEES                   $         168.00
TOTAL DISBURSEMENTS          $         150.00
                                      -----------
TOTAL CHARGES FOR THIS BILL  $         318.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-003 RBS
Bill date    06/01/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 05/11/02 FIRM Memo to File regarding Affidavit of Service | .10 hrs 140 | /hr | 14.00 |
| 05/13/02 FIRM Phone Conference with Talone regarding Service of Complaint | .10 hrs 140 | /hr | 14.00 |
| 05/22/02 FIRM Phone Conference with P. Gilbert regarding Service of Defendant and Answer Time Period | .20 hrs 140 | /hr | 28.00 |
| 05/22/02 FIRM Review of Correspondence from Fund regarding Audit Scheduling | .10 hrs 140 | /hr | 14.00 |
| 05/29/02 FIRM Memo to File regarding Case Status | .10 hrs 140 | /hr | 14.00 |
| 05/29/02 FIRM Receipt of Affidavit of Service of Filing with the Court | .20 hrs 140 | /hr | 28.00 |

TOTAL FEES                                    $    112.00
                                              -----------

DISBURSEMENTS

| | | |
|---|---|---|
| 05/31/02 SP Service of Process | | 165.00 |
| 05/31/02 PO Postage Charges | | 16.65 |

TOTAL DISBURSEMENTS                           $    181.65
                                              -----------

BILLING SUMMARY

TOTAL FEES                                    $    112.00
TOTAL DISBURSEMENTS                           $    181.65
                                              -----------
TOTAL CHARGES FOR THIS BILL                   $    293.65

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-005 RBS
Bill date    07/10/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

06/14/02 FIRM Review and Respond to Letter from P. Gilbert
regarding Keith Rule Default and Audit
.10 hrs    /hr    140    14.00

06/14/02 FIRM Preparation of Motion for Default and Request to
Enter Default
2.50 hrs    /hr    140    350.00

06/14/02 FIRM Phone Conference with P. Gilbert regarding
Scheduled Audit
.10 hrs    /hr    140    14.00

06/26/02 FIRM Correspondence with P. Gilbert regarding Audit
Results and Default Motion
.30 hrs    /hr    140    42.00

06/26/02 FIRM Preparation of Motion for Default
.40 hrs    /hr    140    56.00

TOTAL FEES    $    476.00

DISBURSEMENTS

06/30/02 COPY Photocopies    2.73

TOTAL DISBURSEMENTS    $    2.73

BILLING SUMMARY

TOTAL FEES    $    476.00

TOTAL DISBURSEMENTS    $    2.73

TOTAL CHARGES FOR THIS BILL    $    478.73

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-006 RBS
Bill date    08/09/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

07/08/02 FIRM Review and Response to P. Gilbert Correspondence
         regarding Audit Results
                .10 hrs  140 / hr                    14.00
07/09/02 FIRM Review of Audit Documents and Preparation of
         Demand Letter
                .40 hrs  140 / hr                    56.00
07/10/02 FIRM Preparation of Demand Letter
                .40 hrs  140 / hr                    56.00
07/10/02 FIRM Phone Conference with P. Gilbert regarding Demand
         Letter/Audit
                .20 hrs  140 / hr                    28.00
07/17/02 FIRM Preparation of Demand Letter
                .10 hrs  140 / hr                    14.00
07/23/02 FIRM Memo to File regarding Motion for Default and
         Demand Letter
                .10 hrs  140 / hr                    14.00
07/31/02 FIRM Review of Letter from P. Gilbert regarding
         Demand to Employer and Motion for
         Default
                .10 hrs  140 / hr                    14.00
                                                 -----------
         TOTAL FEES                          $       196.00

DISBURSEMENTS

DISBURSEMENTS
                                                 -----------
         TOTAL DISBURSEMENTS                 $          .00

BILLING SUMMARY
                                                 -----------
         TOTAL FEES                          $       196.00
                                                 -----------
         TOTAL CHARGES FOR THIS BILL         $       196.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-007 RBS
Bill date    09/10/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

08/01/02 FIRM Phone Conference with Company regarding Demand
Letter (Message)
.10 hrs    140 /hr    14.00

08/26/02 FIRM Phone Conference with Keith Rule, Inc.
Dunn & Bradstreet
Letter to P. Gilbert regarding Update
.30 hrs    140 /hr    42.00

08/29/02 FIRM Preparation of Motion for Default
.30 hrs    140 /hr    42.00
-----------
TOTAL FEES    $    98.00

DISBURSEMENTS

TOTAL DISBURSEMENTS    $    .00
-----------

BILLING SUMMARY

TOTAL FEES    $    98.00
-----------
TOTAL CHARGES FOR THIS BILL    $    98.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-008 RBS
Bill date   10/10/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 09/03/02 FIRM Preparation of Motion for Default | .70 hrs | 140 | /hr | | 98.00 |
| 09/04/02 FIRM Preparation of Motion for Default | .80 hrs | 140 | /hr | | 112.00 |
| 09/08/02 FIRM Revision of T. Montemore Affidavit | .10 hrs | 140 | /hr | | 14.00 |
| 09/11/02 FIRM Preparation of Motion for Default | 1.00 hrs | 140 | /hr | | 140.00 |
| 09/16/02 FIRM Correspondence with P. Gilbert regarding Post-Motion Update | .10 hrs | 140 | /hr | | 14.00 |
| 09/18/02 FIRM Review of Correspondence between Fund and Local Union 106 regarding Assets, Bonds and Current Jobs | .20 hrs | 140 | /hr | | 28.00 |

TOTAL FEES                                      $   406.00

DISBURSEMENTS

| | | Amount |
|---|---|---|
| 09/30/02 COPY Photocopies | | 46.76 |
| 09/30/02 CRBD Computer Research - Dun & Bradstreet | | 43.12 |
| 09/30/02 PO Postage Charges | | 19.43 |
| 09/30/02 SD Special Delivery | | 10.83 |

TOTAL DISBURSEMENTS                             $   120.14

BILLING SUMMARY

TOTAL FEES                                      $   406.00

TOTAL DISBURSEMENTS                             $   120.14

TOTAL CHARGES FOR THIS BILL                     $   526.14

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-009 RBS
Bill date   11/11/02

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

10/11/02 FIRM Review of Order and Judgment of Default
Preparation of Demand Letter
.60 hrs   140 /hr   84.00

TOTAL FEES                                    $      84.00
                                                 -----------
DISBURSEMENTS

TOTAL DISBURSEMENTS                           $        .00
                                                 -----------

BILLING SUMMARY

TOTAL FEES                                    $      84.00
                                                 -----------
TOTAL CHARGES FOR THIS BILL                   $      84.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-012 RBS
Bill date    02/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 01/07/03 CTM | Preparation of Letter to Court Clerk regarding Certified Judgment | .50 hrs    70  /hr | 35.00 |
| 01/13/03 FIRM | Phone Conference with P. Gilbert regarding Default Judgment and Certified Copy for Transfer Review of File regarding Same Preparation of Letter to P. Gilbert | .40 hrs   140  /hr | 56.00 |
| 01/22/03 CTM | Review of Documents from Court regarding Certified Judgment | .10 hrs    70  /hr | 7.00 |
| 01/28/03 FIRM | Search for Local Counsel Preparation of Letter to P. Gilbert | .50 hrs   140  /hr | 70.00 |
| 01/29/03 FIRM | Phone Conference with Attorney A. Bransky regarding Collection Preparation of Letter regarding Same Phone Conference with P. Gilbert Conference with Attorney S. Rosenthal | .80 hrs   140  /hr | 112.00 |
| 01/31/03 FIRM | Preparation of Letter to Local Counsel | .10 hrs   140  /hr | 14.00 |

TOTAL FEES    $    294.00

DISBURSEMENTS

01/31/03 Copy Photocopies    1.26
01/31/03 TR71 Travel    2.90

TOTAL DISBURSEMENTS    $    4.16

BILLING SUMMARY

TOTAL FEES    $    294.00

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | 4.16 |
| TOTAL CHARGES FOR THIS BILL | $ | 298.16 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-013 RBS
Bill date    03/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

02/03/03 FIRM Phone Conference with P. Gilbert regarding
Authorization to Local Counsel for Lien Search
Phone Conference with Attorney A. Bransky
regarding Lien Search
.20 hrs  /hr  190    38.00

02/09/03 FIRM Review of Documents, O & B Request on Property of
Company, Submitted by Local Counsel
.20 hrs  /hr  190    38.00

02/13/03 FIRM Review of Lien Documents sent from Local Counsel
and Collection Strategy
Preparation of Letter to P. Gilbert
Preparation of Letter to G. Meyers regarding
Local Counsel Bill
.50 hrs  /hr  190    95.00

02/21/03 FIRM Phone Conference with P. Gilbert regarding Local
Counsel Collection Efforts
.10 hrs  /hr  190    19.00
-----------
TOTAL FEES    $    190.00

DISBURSEMENTS

TOTAL DISBURSEMENTS    $    .00
-----------

BILLING SUMMARY

TOTAL FEES    $    190.00
-----------
TOTAL CHARGES FOR THIS BILL    $    190.00
-----------

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-014 RBS
Bill date    04/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

03/13/03 FIRM Letter to G. Meyers regarding February Bill -
Local Counsel
.30 hrs  190  /hr  57.00

03/28/03 FIRM Phone Conference with Attorney A. Bransky
regarding Writ of Execution and Lien Information
Correspondence to P. Gilbert regarding Attorneys
Lien
.30 hrs  190  /hr  57.00

03/31/03 FIRM Delinquency Update and P. Gilbert Notes regarding
Company Status, etc.
Preparation of Letter to Local Counsel regarding
Same
.30 hrs  190  /hr  57.00
                                                    -----------
                              TOTAL FEES      $    171.00

DISBURSEMENTS

                         TOTAL DISBURSEMENTS   $       .00
                                                    -----------

BILLING SUMMARY

                              TOTAL FEES      $    171.00
                                                    -----------
                   TOTAL CHARGES FOR THIS BILL $    171.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-015 RBS
Bill date   05/09/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 04/07/03 FIRM Review of Olson Letter regarding Settlement | .10 hrs | 190 /hr | 19.00 |
| 04/08/03 FIRM Phone Conference with Attorney A. Bransky regarding Delinquency Update and Levy | .30 hrs | 190 /hr | 57.00 |
| 04/15/03 FIRM Review of Local Counsel Billing Preparation of Letter to G. Meyer regarding Same Phone Conference with Attorney A. Bransky regarding Certified Judgment | .60 hrs | 190 /hr | 114.00 |
| 04/18/03 FIRM Review of Correspondence from Fund to LU 106 and Keith Rule | .20 hrs | 190 /hr | 38.00 |
| 04/24/03 FIRM Review of Correspondence between Fund and Local Counsel regarding Attorneys Liens and Deposition | .20 hrs | 190 /hr | 38.00 |

TOTAL FEES                    $    266.00

DISBURSEMENTS

04/30/03 COPY Photocopies                    1.26

TOTAL DISBURSEMENTS          $    1.26

BILLING SUMMARY

TOTAL FEES                    $    266.00
TOTAL DISBURSEMENTS          $    1.26
TOTAL CHARGES FOR THIS BILL  $    267.26

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-017 RBS
Bill date   06/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.  (23289)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05/15/03 FIRM | Update of Litigation Status Report | .20 hrs | 190 /hr | 38.00 |
| 05/16/03 FIRM | Phone Conference with P. Gilbert regarding Collection Update | .10 hrs | 190 /hr | 19.00 |
| 05/20/03 FIRM | Phone Conference with T. Montemore regarding Collection Efforts | .20 hrs | 190 /hr | 38.00 |
| 05/21/03 FIRM | Phone Conference with T. Montemore regarding Collection Strategy and Local Counsel Oversight | .30 hrs | 190 /hr | 57.00 |
| 05/23/03 FIRM | Preparation of Letter to G. Meyers regarding Local Counsel Bill | .10 hrs | 190 /hr | 19.00 |
| 05/28/03 FIRM | Review of Correspondence between Local Counsel and Company regarding Settlement Offer | .30 hrs | 190 /hr | 57.00 |

TOTAL FEES                                          $    228.00
                                                        -----------

DISBURSEMENTS

TOTAL DISBURSEMENTS                                 $       .00
                                                        -----------

BILLING SUMMARY

TOTAL FEES                                          $    228.00
                                                        -----------
TOTAL CHARGES FOR THIS BILL                         $    228.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-018 RBS
Bill date  07/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

06/05/03 FIRM Review of Local Counsel Levy and Settlement
         Update and Recommendation
         Phone Conference with T. Montemore regarding Same
         .60 hrs 190 /hr    114.00
06/06/03 FIRM Review and organize file.
         .20 hrs  70 /hr     14.00
06/17/03 FIRM Preparation of Letter to G. Meyers regarding
         Local Counsel Billing
         .30 hrs 190 /hr     57.00
06/19/03 FIRM Correspendence with P. Burris
         regarding Collection Update
         .20 hrs 190 /hr     38.00
                             -----------
         TOTAL FEES      $    223.00

DISBURSEMENTS

         TOTAL DISBURSEMENTS  $      .00
                             -----------

BILLING SUMMARY

         TOTAL FEES      $    223.00
                             -----------
         TOTAL CHARGES FOR THIS BILL  $    223.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-019 RBS
Bill date  08/11/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

07/14/03 FIRM Preparation of Letter to G. Meyers regarding
Local Counsel Billing and Review of Bill
.30 hrs   190   / hr    57.00
                                                        -----------
TOTAL FEES                                     $       57.00

DISBURSEMENTS

TOTAL DISBURSEMENTS                            $        .00
                                                        -----------

BILLING SUMMARY

TOTAL FEES                                     $       57.00
                                                        -----------
TOTAL CHARGES FOR THIS BILL                    $       57.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-020 RBS
Bill date   09/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

08/18/03 FIRM Preparation of Letter to G. Meyers regarding
Local Counsel Bill
.30 hrs   190 /hr   57.00

08/28/03 FIRM Review of Correspondence between Fund and Local
Counsel
Review of Letter from Local Counsel
.30 hrs   190 /hr   57.00

TOTAL FEES                              $   114.00

DISBURSEMENTS

TOTAL DISBURSEMENTS                     $     .00

BILLING SUMMARY

TOTAL FEES                              $   114.00

TOTAL CHARGES FOR THIS BILL            $   114.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-023 RBS
Bill date    10/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

09/04/03 FIRM Review and Revision of Litigation Status Report
.20 hrs    190 /hr    38.00

09/09/03 FIRM Phone Conference from Greg Rule regarding
Settlement and Judgment Options regarding
Sheriff's Sale
Phone Conference with P. Gilbert
.50 hrs    190 /hr    95.00

09/10/03 FIRM Phone Conference with T. Montemore and G. Meyers
regarding Collection Options and Sheriff's Sale
Phone Conference with Attorney A. Bransky
.40 hrs    190 /hr    76.00

09/11/03 FIRM Phone Conference with T. Montemore
Phone Conference with Attorney A. Bransky
Preparation of Correspondence to Both regarding
Litigation Strategy
Correspondence with P. Gilbert regarding
Settlement Updates
Review of File
Phone Conference with T. Montemore regarding
Future Action in Collection
1.90 hrs    190 /hr    361.00

09/16/03 FIRM Receipt of Local Counsel Billing
Preparation of Letter to G. Meyer regarding Same
.40 hrs    190 /hr    76.00

09/17/03 FIRM Phone Conference with T. Montemore regarding
Personal Liability and Property Assets and G.
Meyers Questions
.30 hrs    190 /hr    57.00

09/24/03 FIRM Phone Conference with T. Montemore
Phone Conference with Attorney A. Bransky
Memo to T. Montemore and File
.70 hrs    190 /hr    133.00

09/25/03 FIRM Phone Conference with Attorney A. Bransky
regarding Collection Strategy
.60 hrs    190 /hr    114.00

| | | | | | |
|---|---|---|---|---|---|
| 09/26/03 FIRM Phone Conference with T. Montemore regarding Collection and Settlement Strategy | .30 hrs | 190 | /hr | | 57.00 |
| TOTAL FEES | | | | $ | 1,083.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | $ | .00 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 1,083.00 |
| TOTAL CHARGES FOR THIS BILL | $ | 1,083.00 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-026 RBS
Bill date    11/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

10/02/03 FIRM Preparation of Settlement Agreement and
Suretyship Agreement
Phone Conference with Attorney A. Bransky
regarding Same
2.80 hrs   190  /hr    532.00

10/02/03 SGR  Review and Revision of Settlements Documents
.80 hrs   190  /hr    152.00

10/03/03 FIRM Review and Revision of Settlement Agreement and
Correspondence with Attorney A. Bransky regarding
Same
.90 hrs   190  /hr    171.00

10/05/03 FIRM Phone Conference with Attorney A. Bransky
regarding Settlement Agreement and Conditional
Waiver of Liquidated Damages
Phone Conference with T. Montemore regarding Same
Review and Revision of Settlement Agreement
.90 hrs   190  /hr    171.00

10/06/03 FIRM Phone Conference with P. Gilbert regarding
Settlement and Contingent Waiver of Liquidated
Damages
.30 hrs   190  /hr    57.00

10/07/03 FIRM Phone Conference with Attorney A. Bransky
regarding Settlement and Sheriff's Sale
.30 hrs   190  /hr    57.00

10/10/03 FIRM Phone Conference with T. Montemore regarding
Execution of Settlement Papers, Warrant and
Mortgage
.20 hrs   190  /hr    38.00

10/24/03 FIRM Review of Settlement Agreement and Related Papers
from Local Counsel
Preparation of Letter to T. Montemore regarding
Same
Preparation of Letter to G. Meyers regarding
Local Counsel Bill
.80 hrs   190  /hr    152.00

10/27/03 FIRM Review and Revision of Letter to Client

REPRINT OF BILLED DETAILS (as billed)
PTINTF-23289-026 RBS

Page   2

regarding Settlement Documents

.20 hrs    190 hrs /hr      38.00
                                                   -----------
TOTAL FEES                                $    1,368.00

DISBURSEMENTS

10/31/03 COPY Photocopies                          4.41
10/31/03 FAX  Fax Charges                          1.43
                                                   -----------
TOTAL DISBURSEMENTS                       $        5.84

BILLING SUMMARY

TOTAL FEES                                $    1,368.00
TOTAL DISBURSEMENTS                       $        5.84
                                                   -----------
TOTAL CHARGES FOR THIS BILL               $    1,373.84

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-027 RBS
Bill date    12/10/03

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

11/04/03 FIRM Review of Settlement Documents
Preparation of Letter to G. Rule regarding Same
.60 hrs    190 /hr    114.00

11/20/03 FIRM Preparation of Letter to G. Meyers regarding
Local Counsel Bill
.40 hrs    190 /hr    76.00

|                |   |        |
|----------------|---|--------|
| TOTAL FEES     | $ | 190.00 |

DISBURSEMENTS

11/30/03 COPY Photocopies    .14
11/30/03 SD    Special Delivery    10.91

|                       |   |       |
|-----------------------|---|-------|
| TOTAL DISBURSEMENTS   | $ | 11.05 |

BILLING SUMMARY

|                            |   |        |
|----------------------------|---|--------|
| TOTAL FEES                 | $ | 190.00 |
| TOTAL DISBURSEMENTS        | $ | 11.05  |
| TOTAL CHARGES FOR THIS BILL| $ | 201.05 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-028 RBS
Bill date    01/12/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

12/15/03 FIRM Review of Local Counsel Billing
        Preparation of Letter to G. Meyers regarding Same
                                    .40 hrs   190  /hr     76.00
12/18/03 FIRM Update of Litigation Status Report
        Preparation of Settlement Report
                                    .60 hrs   190  /hr    114.00
                                                         ----------
TOTAL FEES                                        $       190.00

DISBURSEMENTS

TOTAL DISBURSEMENTS                               $          .00
                                                         ----------

BILLING SUMMARY

TOTAL FEES                                        $       190.00
                                                         ----------
TOTAL CHARGES FOR THIS BILL                       $       190.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-033 RBS
Bill date    06/10/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

05/14/04 FIRM Preparation of Default Notice

.60 hrs 200 /hr    120.00
                   -----------
TOTAL FEES                    $    120.00

DISBURSEMENTS

TOTAL DISBURSEMENTS           $      .00
                                   -----------

BILLING SUMMARY

TOTAL FEES                    $    120.00
                                   -----------
TOTAL CHARGES FOR THIS BILL   $    120.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-035 RBS
Bill date   08/10/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

07/07/04 SGR   Review of Correspondence from P. Gilbert
    .10 hrs   200 /hr   20.00

07/08/04 JLT   Review of Correspondence from P. Gilbert
Phone Conference with A. Bransky (2x)
Review of File
Phone Conference with G. Smith
Phone Conference with T. Montemore
Phone Conference with G. Rule (2x)
Phone Conference with P. Gilbert
Preparation of Correspondence to T. Montemore
(2x)
    2.60 hrs   200 /hr   520.00

07/09/04 JLT   Preparation of Letter to A. Bransky
Preparation of Correspondence to T. Montemore
Preparation of Letter to G. Rule
Review of Letter from G. Meyers
Phone Conference with G. Rule
Review of Documents from G. Rule
    1.40 hrs   200 /hr   280.00

07/12/04 JLT   Review of Correspondence from T. Montemore
Review of Documents from G. Rule
Review of Correspondence from P. Gilbert
Phone Conference with T. Montemore (3x)
Preparation of Letter to T. Montemore
    .50 hrs   200 /hr   100.00

07/13/04 JLT   Phone Conference with T. Montemore
    .10 hrs   200 /hr   20.00

07/16/04 JLT   Preparation of Letter to T. Montemore
Review of Letter from G. Rule
Phone Conference with T. Montemore
Preparation of Correspondence to P. Gilbert
Phone Conference with P. Gilbert
    .80 hrs   200 /hr   160.00

07/19/04 JLT   Phone Conference with T. Montemore
    .20 hrs   200 /hr   40.00

07/27/04 JLT   Preparation of Litigation Status Report

| | | | |
|---|---|---|---|
| | .20 hrs 200 /hr | | 40.00 |
| TOTAL FEES | | $ | 1,180.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/04 FAX | Fax Charges | 4.72 |
| 07/31/04 SD | Special Delivery | 11.56 |
| | TOTAL DISBURSEMENTS | $ 16.28 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 1,180.00 |
| TOTAL DISBURSEMENTS | $ | 16.28 |
| TOTAL CHARGES FOR THIS BILL | $ | 1,196.28 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-036 RBS
Bill date    09/10/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

08/03/04 JLT    Review of Letter and Bill from Local Counsel
Preparation of Letter to G. Meyers
.30 hrs 200 /hr    60.00

08/24/04 JLT    Review of Correspondence from T. Montemore
Preparation of Correspondence to T. Montemore
Phone Conference with A. Bransky
.20 hrs 200 /hr    40.00

-----------
TOTAL FEES    $ 100.00

DISBURSEMENTS

DISBURSEMENTS

-----------
TOTAL DISBURSEMENTS    $ .00

BILLING SUMMARY

-----------
TOTAL FEES    $ 100.00

-----------
TOTAL CHARGES FOR THIS BILL    $ 100.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-037 RBS
Bill date    10/11/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 09/10/04 JLT | Review of Correspondence from P. Gilbert | | | |
| | .10 hrs   200 /hr | $ | 20.00 |
| 09/14/04 JLT | Phone Conference with A. Bransky | | | |
| | Preparation of Correspondence to A. Bransky | | | |
| | Preparation of Documents for A. Bransky | | | |
| | .80 hrs   200 /hr | $ | 160.00 |
| 09/15/04 JLT | Review of Correspondence from P. Gilbert | | | |
| | .20 hrs   200 /hr | $ | 40.00 |
| 09/22/04 JLT | Phone Conference with A. Bransky | | | |
| | .20 hrs   200 /hr | $ | 40.00 |

                                    TOTAL FEES        $    260.00

DISBURSEMENTS

09/30/04   FAX   Fax Charges                                   1.86
                                                           -----------
TOTAL DISBURSEMENTS                               $      1.86

BILLING SUMMARY

TOTAL FEES                                        $    260.00
TOTAL DISBURSEMENTS                               $      1.86
                                                           -----------
TOTAL CHARGES FOR THIS BILL                       $    261.86

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-038 RBS
Bill date    11/10/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 10/01/04 | JLT | Review of Correspondence from P. Gilbert | | 40.00 |
| | | .20 hrs  200 /hr | | |
| 10/29/04 | JLT | Review of Correspondence from P. Gilbert (2x) | | |
| | | Preparation of Correspondence to P. Gilbert (2x) | | |
| | | Review of Correspondence from A. Bransky (2x) | | |
| | | Preparation of Letter to K. Rule. | | |
| | | 1.30 hrs  200 /hr | | 260.00 |

TOTAL FEES                                                 $    300.00
                                                               ----------

DISBURSEMENTS

10/31/04  FAX  Fax Charges                                  $      1.43
                                                               ----------
TOTAL DISBURSEMENTS                                         $      1.43

BILLING SUMMARY

TOTAL FEES                                                  $    300.00

TOTAL DISBURSEMENTS                                         $      1.43
                                                               ----------
TOTAL CHARGES FOR THIS BILL                                 $    301.43

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-039 RBS
Bill date    12/10/04

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | Amount |
|------|------|-------------|------|------|--------|
| 11/03/04 | JLT | Review of Letter from G. Rule | | | |
| | | Preparation of Correspondence to T. Montemore | | | |
| | | Preparation of Letter to G. Rule | .60 hrs | 200 /hr | 120.00 |
| 11/08/04 | JLT | Phone Conference with A. Bransky (3x) | | | |
| | | Phone Conference with A. Bransky (3x) | .60 hrs | 200 /hr | 120.00 |
| 11/17/04 | JLT | Review of Correspondence from G. Rule | | | |
| | | Preparation of Letter to T. Montemore | .80 hrs | 200 /hr | 160.00 |
| 11/18/04 | JLT | Review of Bill | | | |
| | | Preparation of Letter to Clients | .40 hrs | 200 /hr | 80.00 |
| 11/22/04 | JLT | Phone Conference with A. Bransky | .20 hrs | 200 /hr | 40.00 |
| 11/23/04 | JLT | Review of Correspondence from T. Montemore (2x) | | | |
| | | Preparation of Correspondence to T. Montemore | | | |
| | | Phone Conference with A. Bransky | .30 hrs | 200 /hr | 60.00 |

TOTAL FEES                    $    580.00

DISBURSEMENTS

| Date | | Description | Amount |
|------|------|-------------|--------|
| 11/30/04 | COPY | Photocopies | .98 |
| 11/30/04 | FAX | Fax Charges | 2.86 |
| 11/30/04 | SD | Special Delivery | 23.86 |

TOTAL DISBURSEMENTS           $     27.70

BILLING SUMMARY

TOTAL FEES                    $    580.00

TOTAL DISBURSEMENTS           $     27.70

TOTAL CHARGES FOR THIS BILL $ 607.70

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-040 RBS
Bill date    01/10/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 12/06/04 | JLT | Preparation of Litigation Status Report | .20 hrs | 200 /hr | 40.00 |
| 12/10/04 | JLT | Review of Letter from A. Bransky | | | |
| | | Review of Documents regarding Mortgage | .60 hrs | 200 /hr | 120.00 |
| 12/14/04 | JLT | Review of Correspondence from T. Montemore | | | |
| | | Preparation of Correspondence to T. Montemore | .30 hrs | 200 /hr | 60.00 |

TOTAL FEES                                        $    220.00
                                                      ----------

DISBURSEMENTS

TOTAL DISBURSEMENTS                               $      .00
                                                      ----------

BILLING SUMMARY

TOTAL FEES                                        $    220.00
                                                      ----------

TOTAL CHARGES FOR THIS BILL                       $    220.00
                                                      ----------

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-041 RBS
Bill date    02/10/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

01/13/05 JLT  Review of Correspondence from P. Gilbert
              Review of Correspondence from T. Montemore
              Preparation of Correspondence to T. Montemore
              .30 hrs  200  /hr    60.00
                                   ----------
              TOTAL FEES        $  60.00

DISBURSEMENTS

              TOTAL DISBURSEMENTS  $   .00
                                      ----------

BILLING SUMMARY

              TOTAL FEES        $  60.00
                                   ----------
              TOTAL DISBURSEMENTS  $   .00

TOTAL CHARGES FOR THIS BILL  $  60.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-23289-043 RBS
Bill date    04/11/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

03/15/05 JLT    Review of billing
Preparation of letter to G. Meyers
Phone Conference with L. Thiry at Brown,
Andrew & Signorelli
.50 hrs    200  /hr    100.00
                            -----------
TOTAL FEES                  100.00

DISBURSEMENTS

03/31/05 COPY Photocopies                    .56
                                        -----------
TOTAL DISBURSEMENTS         $             .56

BILLING SUMMARY

TOTAL FEES                  $          100.00

TOTAL DISBURSEMENTS         $             .56
                                     -----------
TOTAL CHARGES FOR THIS BILL $          100.56

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-045 RBS
Bill date    06/10/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

05/05/05 JLT  Review of Correspondence from P. Gilbert (x3)
              Review of Correspondence from T. Montemore
              Preparation of Correspondence to P. Gilbert and
              T. Montemore (x3)
              Preparation of Letter to Keith Rule Inc.
              Regarding Default.
              .50 hrs    200 /hr    100.00

05/10/05 JLT  Preparation of Letter.
              .90 hrs    200 /hr    180.00

05/11/05 JLT  Review and Revision of Letter to K. Rule
              Preparation of Letter to A. Bransky (x2)
              Preparation of Correspondence to P. Gilbert
              Phone Conference with A. Bransky
              Preparation of Documents for A. Bransky.
              .90 hrs    200 /hr    180.00

05/24/05 JLT  Phone Conference with G.Rule.
              .20 hrs    200 /hr    40.00

05/26/05 JLT  Phone Conference with A. Bransky.
              .20 hrs    200 /hr    40.00

              TOTAL FEES        $    540.00
                              -----------

DISBURSEMENTS

05/31/05 FAX  Fax Charges        12.00
                              -----------
              TOTAL DISBURSEMENTS    $    12.00

BILLING SUMMARY

              TOTAL FEES              $    540.00
              TOTAL DISBURSEMENTS     $    12.00
                                    -----------
              TOTAL CHARGES FOR THIS BILL    $    552.00

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-046 RBS
Bill date    07/11/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.    (23289)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 06/07/05 | JLT | Phone Conference with A. Bransky (x2) | .10 hrs | 200 /hr | 20.00 |
| 06/10/05 | JLT | Phone Conference with A. Bransky<br>Review of Letter from A. Bransky<br>Preparation of Letter to P. Gilbert | .70 hrs | 200 /hr | 140.00 |
| 06/15/05 | JLT | Preparation of Litigation Status Report<br>Phone Conference with A. Bransky<br>Phone Conference with P. Gilbert | .70 hrs | 200 /hr | 140.00 |
| 06/17/05 | JLT | Review of Letter from G. Meyers Regarding<br>Mortgage Foreclosure | .30 hrs | 200 /hr | 60.00 |
| 06/22/05 | JLT | Review of Bill<br>Preparation of Letter to G. Meyers | .40 hrs | 200 /hr | 80.00 |

TOTAL FEES                                        $   440.00

DISBURSEMENTS

06/30/05 COPY Photocopies                         .56

TOTAL DISBURSEMENTS                               $   .56

BILLING SUMMARY

TOTAL FEES                                        $   440.00
TOTAL DISBURSEMENTS                               $   .56

TOTAL CHARGES FOR THIS BILL                       $   440.56

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTP-23289-048 RBS
Bill date   09/12/05

International Painters and Allied Trades
Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Keith Rule, Inc.   (23289)

FOR PROFESSIONAL SERVICES RENDERED

08/03/05 JLT   Review of Correspondence from P. Gilbert
Preparation of Correspondence to P. Gilbert (x2)
Review of Documents Regarding Mortgage
.80 hrs   200 /hr   160.00

08/04/05 JLT   Phone Conference with T. Montemore   .20 hrs   200 /hr   40.00

08/31/05 JLT   Review of Billing from A. Bransky
Preparation of Letter to G. Meyers
.20 hrs   200 /hr   40.00

TOTAL FEES                          $   240.00
                                    -----------

DISBURSEMENTS

TOTAL DISBURSEMENTS                 $     .00
                                    -----------

BILLING SUMMARY

TOTAL FEES                          $   240.00
                                    -----------
TOTAL CHARGES FOR THIS BILL         $   240.00

REPRINT OF BILLED DETAILS (as billed)
PTINTF-23289-ALL RBS

REPORT TOTALS

TOTAL FEES                                          10,712.00

TOTAL DISBURSEMENTS                                    537.22
                                                  -----------
                                                   11,249.22