

# JENNINGS SIGMOND

## ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Jessica L. Tortella
Direct Dial: (215) 351-0669
E-Mail Address: jtortella@jslex.com

Member: PA & NJ Bars

**JENNINGS SIGMOND, P.C.**
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

September 14, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

> **RE:    International Painters and Allied Trades**
> **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find the invoices for services performed in January through July 2006, issued by our local counsel representing the Fund in the above-referenced matter.  The bills are carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $5,227.89, representing services rendered and expenses related.

Thank you for your attention and cooperation in this matter.

Very truly yours,

JESSICA L. TORTELLA

JLT
Enclosure
ptintf.23289.bi
k. rule

172245-1



INVOICE



BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW



REMITTANCE

$

Fed. ID No. 41-1502219

**IPAT Union & Industry Pension Fund**
**ATTN:  Matthew James**
**The Penn Mutual Towers - 16th Floor**
**510 Walnut Street**
**Philadelphia  PA  19106-3683**

Page: 1
01/31/2006
ACCOUNT NO:  4522-003M
STATEMENT NO:      31

**RE:  Keith Rule, Inc. Collection**
**ARB**

| | | HOURS | |
|---|---|---|---|
| 01/25/06 | Review correspondence. | 0.10 | |
| 01/26/06 | Phone conference with Mr. Bray; review title report. | 0.40 | |
| 01/27/06 | Review file; phone conference with counsel; phone conference with court. | 1.00 | |
| 01/31/06 | Telephone call to Court and Ms. Tortella; filing of Confession. | 0.40 | |
| | FOR CURRENT SERVICES RENDERED | 1.90 | 285.00 |
| | Filing Fees | | 280.00 |
| | TOTAL EXPENSES THRU 01/31/06 | | 280.00 |
| | TOTAL CURRENT WORK | | 565.00 |
| | PREVIOUS BALANCE | | $999.33 |
| | BALANCE DUE | | $1,564.33 |

INVOICE



BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW

| REMITTANCE |
| --- |
| $ |
| Fed. ID No. 41-1502219 |

Page: 1

IPAT Union & Industry Pension Fund
ATTN: Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

02/28/2006
ACCOUNT NO: 4522-003M
STATEMENT NO:        32

RE:  Keith Rule, Inc. Collection
ARB



|  | HOURS |  |
| --- | --- | --- |
| 02/22/06 Telephone calls to Itasca County Court Administrator and St. Louis County; review of correspondence; file Judgment in Itasca County; report to client. | 0.50 |  |
| FOR CURRENT SERVICES RENDERED | 0.50 | 75.00 |
| Misc. Expense |  | 30.00 |
| TOTAL EXPENSES THRU 02/28/06 |  | 30.00 |
| TOTAL CURRENT WORK |  | 105.00 |
| PREVIOUS BALANCE |  | $1,564.33 |
| 02/15/06 Payment - Thank You |  | -780.33 |
| 02/28/06 Payment - Thank You |  | -30.00 |
| TOTAL PAYMENTS |  | -810.33 |
| BALANCE DUE |  | $859.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

INVOICE



BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
03/31/2006
ACCOUNT NO: 4522-003M
STATEMENT NO:       33

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 03/02/06 | Telephone conference and fax to Builders Commonwealth. | 0.20 | |
| 03/20/06 | Telephone conference with Mr. Loraas and Mr. Tortelle. | 0.40 | |
| 03/22/06 | Research. | 0.30 | |
| 03/28/06 | Telephone conferences with Jessica Tortella; telephone conference with Darin Alto; research regarding eviction. | 0.70 | |
| 03/29/06 | Telephone conferences with Darin Alto; e-mails to Ms. Tortella; research. | 0.80 | |
| 03/30/06 | Telephone conference with Mario Myers; work on Complaint for Eviction. | 2.20 | |
| 03/31/06 | E-mails; review of correspondence; complete work on Unlawful Detainer Complaint; file same. | 0.50 | |
| | FOR CURRENT SERVICES RENDERED | 5.10 | 765.00 |
| | Filing Fees | | 250.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

```
                                                        Page: 2
IPAT Union & Industry Pension Fund                    03/31/2006
                                          ACCOUNT NO: 4522-003M
                                      STATEMENT NO:        33
RE:   Keith Rule, Inc. Collection
ARB
```

| | |
|---|---:|
| TOTAL EXPENSES THRU 03/31/06 | 250.00 |
| TOTAL CURRENT WORK | 1,015.00 |
| PREVIOUS BALANCE | $859.00 |
| BALANCE DUE | $1,874.00 |

INVOICE


**BROWN, ANDREW
& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

Page: 1
04/30/2006

IPAT Union & Industry Pension Fund
ATTN:  Matthew James                    ACCOUNT NO: 4522-003M
The Penn Mutual Towers - 16th Floor     STATEMENT NO:      34
510 Walnut Street
Philadelphia  PA  19106-3683


RE:  Keith Rule, Inc. Collection
ARB


|            |                                                                                                                            | HOURS |
|------------|----------------------------------------------------------------------------------------------------------------------------|-------|
| 04/04/06   | Telephone conference with Darrin Alto.                                                                                      | 0.20  |
| 04/05/06   | Arrange for service; Memorandum and letter.                                                                                | 0.40  |
|            | Letter to Range Process Service; letter to Keith Rule, Inc. serving Eviction Summons and Complaint by mail; letter to court filing same. | 1.00  |
| 04/07/06   | Telephone call to Court; Memorandum to file.                                                                               | 0.20  |
| 04/17/06   | Telephone conferences with Mr. Rule and Jessica Tortella; research; attempt to reach Minnesota Department of Revenue.      | 1.60  |
| 04/18/06   | Attend unlawful detainer hearing; telephone calls to debtor and Ms. Tortella; research.                                   | 1.30  |
| 04/19/06   | Telephone conference regarding collection proceedings.                                                                     | 0.30  |
| 04/24/06   | Telephone conferences with Jessica Tortella; telephone calls and fax to Minnesota Department of Revenue; attend hearing and meet with debtor. | 2.10  |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

IPAT Union & Industry Pension Fund

Page: 2
04/30/2006
ACCOUNT NO: 4522-003M
STATEMENT NO:        34

RE:   Keith Rule, Inc. Collection
ARB

|            |                                                      | HOURS |          |
|------------|------------------------------------------------------|-------|----------|
| 04/25/06   | Telephone conference with Minnesota Department of Revenue. | 0.10  |          |
| 04/27/06   | Letter to Mr. Rule and client.                       | 0.20  |          |
|            | FOR CURRENT SERVICES RENDERED                        | 7.40  | 1,040.00 |

|                              |        |
|------------------------------|--------|
| Postage                      | 1.89   |
| Service Process              | 50.00  |
| TOTAL EXPENSES THRU 04/30/06 | 51.89  |
| TOTAL CURRENT WORK           | 1,091.89 |
| PREVIOUS BALANCE             | $1,874.00 |
| BALANCE DUE                  | $2,965.89 |

INVOICE



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

| | |
|---|---|
| IPAT Union & Industry Pension Fund | Page: 1 |
| ATTN: Matthew James | 05/31/2006 |
| The Penn Mutual Towers - 16th Floor | ACCOUNT NO: 4522-003M |
| 510 Walnut Street | STATEMENT NO:    35 |
| Philadelphia  PA  19106-3683 | |

RE:  Keith Rule, Inc. Collection
ARB

|  | | HOURS |
|---|---|---|
| 05/04/06 | Letter to Builders Commonwealth and Ms. Tortella. | 0.20 |
| 05/08/06 | Telephone conference with Mr. Greg Rule; attempt to reach Minnesota Department of Revenue; phone call with Ms. Tortella; fax to Minnesota Department of Revenue; finish work on letter. | 0.20 |
| 05/09/06 | Telephone conference with Minnesota Department of Revenue; telephone conference with Ms. Tortella. | 0.50 |
| 05/10/06 | Letter to client; review of correspondence regarding tax lien. | 0.30 |
| 05/17/06 | Telephone conference with Jessica Tortella; attempt to reach Greg Rule; draft letter. | 0.50 |
| 05/23/06 | Telephone conference with Greg Rule; telephone conference with Jessica Tortella. | 0.40 |
| 05/24/06 | Fax to Mr. Rule; e-mail to Ms. Tortella; letter to Mr. Rule; telephone conference to court. | 0.70 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

```
                                                   Page: 2
      IPAT Union & Industry Pension Fund          05/31/2006
                                         ACCOUNT NO: 4522-003M
                                         STATEMENT NO:       35

      RE:  Keith Rule, Inc. Collection
      ARB
```

|  |  | HOURS |  |
|---|---|---|---|
| 05/25/06 | Telephone conference with Court; obtain Writ of Recovery of Premises. | 0.30 | |
| 05/26/06 | Telephone conference with Greg Rule; regarding purchase of property. | 0.50 | |
| 05/30/06 | Telephone conference with Mr. Rule. | 0.20 | |
| 05/31/06 | Telephone conference with Ms. Jessica Tortella, Mr. Greg Rule, and Sherriff; letter to Sherriff. | 1.00 | |
|  | FOR CURRENT SERVICES RENDERED | 4.80 | 720.00 |
|  | Court fees | | 40.00 |
|  | TOTAL EXPENSES THRU 05/31/06 | | 40.00 |
|  | TOTAL CURRENT WORK | | 760.00 |
|  | PREVIOUS BALANCE | | $2,965.89 |
|  | BALANCE DUE | | $3,725.89 |



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

INVOICE

REMITTANCE
$
Fed. ID No. 41-1502219

Page: 1
06/30/2006

IPAT Union & Industry Pension Fund
ATTN:  Matthew James                        ACCOUNT NO: 4522-003M
The Penn Mutual Towers - 16th Floor         STATEMENT NO:        36
510 Walnut Street
Philadelphia  PA  19106-3683


RE:  Keith Rule, Inc. Collection
ARB


|  |  | HOURS |
|---|---|---|
| 06/01/06 | Telephone conferences with Darin Alto, Greg Rule and Jessica Tortella regarding eviction. | 0.70 |
| 06/02/06 | Telephone call to Sheriff; email to Ms. Tortella. | 0.30 |
|  | Telephone conferences with Greg Rule; attempt to reach Sheriff and local Union; memo to file. | 0.60 |
| 06/05/06 | Telephone conferences with Sheriff and Mr. Greg Rule; e-mails to Mr. Montemre and Ms. Tortella; telephone calls to creditors. | 1.30 |
| 06/06/06 | Telephone conference with Mr. Wilson at Andren's Paint regarding Judgment; prepare emails; telephone conference with Mr. Rule. | 1.10 |
| 06/07/06 | Email regarding status. | 0.10 |
| 06/08/06 | Extended telephone conference with Jeff Young; memo and fax to same; telephone conference with Greg Rule. | 0.90 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

IPAT Union & Industry Pension Fund

RE:  Keith Rule, Inc. Collection
ARB

| | | HOURS | |
|---|---|---|---|
| 06/12/06 | Telephone conference with Darin Alto; email to Ms. Tortella. | 0.20 | |
| 06/14/06 | Telephone conference with Mr. Jeff Young regarding status of loan. | 0.10 | |
| 06/15/06 | Emails regarding release of liens. | 0.20 | |
| 06/21/06 | Review email; email to Ms. Tortella. | 0.20 | |
| 06/28/06 | Telephone conferences regarding eviction with Sheriff, et al. | 0.20 | |
| 06/29/06 | Telephone calls to Sheriff, Darin Alto and Jessica Tortella; email to Ms. Tortella. | 1.40 | |
| 06/30/06 | Telephone conferences with Darin Alto; fax to Darin Alto; email exchange and telephone conference with Ms. Tortella. | 0.50 | |
| | FOR CURRENT SERVICES RENDERED | 7.80 | 1,170.00 |
| | Filing Fees | | 46.00 |
| | TOTAL EXPENSES THRU 06/30/06 | | 46.00 |
| | TOTAL CURRENT WORK | | 1,216.00 |

```
                                                             Page: 3
IPAT Union & Industry Pension Fund                         06/30/2006
                                                 ACCOUNT NO: 4522-003M
                                              STATEMENT NO:        36
RE:   Keith Rule, Inc. Collection
ARB
```

PREVIOUS BALANCE                                           $3,725.89

BALANCE DUE                                                $4,941.89



INVOICE

**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

|  |  |
|---|---|
|  | **Page: 1** |
| IPAT Union & Industry Pension Fund | 07/31/2006 |
| ATTN:  Matthew James | ACCOUNT NO: 4522-003M |
| The Penn Mutual Towers - 16th Floor | STATEMENT NO:        37 |
| 510 Walnut Street |  |
| Philadelphia  PA  19106-3683 |  |

RE:  Keith Rule, Inc. Collection
ARB

**RECEIVED**

AUG 1 0 2006

|  |  | HOURS |  |
|---|---|---|---|
| 07/05/06 | Review correspondence; memo to Ms. Tortella; telephone call to County Auditor; fax to Ms. Tortella; email to Ms. Tortella. | 0.40 |  |
| 07/06/06 | Telephone conference with Jeff Young. | 0.10 |  |
| 07/07/06 | Telephone call to Jeff Young; telephone conference with Mr. Rule. | 0.20 |  |
| 07/14/06 | Telephone conference with Mr. Rule. | 0.10 |  |
| 07/17/06 | Telephone conference with Darrin Alto; fax to Ms. Tortella. | 0.20 |  |
| 07/20/06 | Telephone conference with Attorney Sellman; e-mail to same. | 0.30 |  |
| 07/27/06 | Telephone conferences and e-mails regarding closing on property. | 0.30 |  |
|  | FOR CURRENT SERVICES RENDERED | 1.60 | 240.00 |
|  | Recording Fees |  | 46.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.

IPAT Union & Industry Pension Fund

RE:  Keith Rule, Inc. Collection
ARB

Page: 2
07/31/2006
ACCOUNT NO: 4522-003M
STATEMENT NO:        37

| | |
|---|---|
| TOTAL EXPENSES THRU 07/31/06 | 46.00 |
| TOTAL CURRENT WORK | 286.00 |
| PREVIOUS BALANCE | $4,941.89 |
| BALANCE DUE | $5,227.89 |

# JENNINGS SIGMOND
### ATTORNEYS AT LAW

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

January 20, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

> **RE:**   **International Painters and Allied Trades
> Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find the invoices for services performed in August, September and October 2005, issued by our local counsel representing the Fund in the above-referenced matter. The bills are carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $780.33, representing services rendered and expenses related.

Please note that there is a previous balance of $291.50 indicated on this bill. If this amount has already been paid, please contact me immediately so that I can investigate the matter further. Otherwise, please remit $1071.83 representing the total balance due at this time.

Thank you for your attention and cooperation in this matter.

Very truly yours,

*[signature: Sanford Rosenthal]*

**SANFORD G. ROSENTHAL**

SGR/jlt/ys
Enclosure
ptintf.23289.bi
k. rule

163593

23289.bi



BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW



REMITTANCE

$

Fed. ID No. 41-1502219

**Page: 1**
IBPAT Union & Industry Pension Fund                08/31/2005
ATTN:  Matthew James                     ACCOUNT NO:  4522-003M
The Penn Mutual Towers - 16th Floor      STATEMENT NO:      27
510 Walnut Street
Philadelphia  PA  19106-3683

RE:  Keith Rule, Inc. Collection
ARB



|            |                                  | HOURS |        |
|------------|----------------------------------|-------|--------|
| 08/22/05   | Prepare for sale.                | 0.30  |        |
| 08/30/05   | Obtain O & E Report; review file.| 0.20  |        |
|            | FOR CURRENT SERVICES RENDERED    | 0.50  | 72.50  |
|            | TOTAL CURRENT WORK               |       | 72.50  |
|            | PREVIOUS BALANCE                 |       | $219.00|
|            | BALANCE DUE                      |       | $291.50|

INVOICE



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
09/30/2005
ACCOUNT NO: 4122-003M
STATEMENT NO:          28

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 09/06/05 | Prepare documents; telephone conferences with Duluth News Tribune and Sheriff; attend sale; review title. | 1.30 | |
| 09/07/05 | Telephone conferences with Department of Revenue; review O & E Report; telephone conferences with Ms. Tortella; report to same. | 1.10 | |
| 09/08/05 | Letter to Ms. Davidson; letter to counsel. | 0.20 | |
| 09/09/05 | Letter to county recording sheriff's certificate of sale. | 0.30 | |
| | FOR CURRENT SERVICES RENDERED | 2.90 | 401.00 |
| | Publication Fee | | 350.33 |
| | TOTAL EXPENSES THRU 09/30/05 | | 350.33 |
| | TOTAL CURRENT WORK | | 751.33 |
| | PREVIOUS BALANCE | | $291.50 |

                                                        **Page: 2**
IBPAT Union & Industry Pension Fund                      09/30/2005
                                    ACCOUNT NO: 4522-003M
                                    STATEMENT NO:        28

RE:  Keith Rule, Inc. Collection
ARB


       BALANCE DUE                              $1,042.83

INVOICE



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

|  | |
|---|---|
| | **Page: 1** |
| IBPAT Union & Industry Pension Fund | 10/31/2005 |
| ATTN:  Matthew James | ACCOUNT NO: 4522-003M |
| The Penn Mutual Towers - 16th Floor | STATEMENT NO:        29 |
| 510 Walnut Street | |
| Philadelphia  PA  19106-3683 | |

RE:  Keith Rule, Inc. Collection
ARB

|  | | HOURS | |
|---|---|---|---|
| 10/06/05 | Review mortgage foreclosure; report to client. | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 29.00 |
| | TOTAL CURRENT WORK | | 29.00 |
| | PREVIOUS BALANCE | | $1,042.83 |
| 10/05/05 | Payment - Thank You | | -72.50 |
| | BALANCE DUE | | $999.33 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.



**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

**ATTORNEYS AT LAW**

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

September 7, 2005

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

> **RE:    International Painters and Allied Trades**
> **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice for services performed in June 2005, issued by our local counsel representing the Fund in the above-referenced matter.  The bills are carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $72.50, representing services rendered and expenses related.

Please note that there is a previous balance of $333.50 indicated on this bill.  If this amount has already been paid, please contact me immediately so that I can investigate the matter further.  Otherwise, please remit $406.00 representing the total balance due at this time.

Thank you for your attention and cooperation in this matter.

Very truly yours,

**SANFORD G. ROSENTHAL**

SGR/jlt
Enclosure
ptintf.23289.bi
k. rule

158030

23289

INVOICE


**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

                                                                      **Page: 1**
IBPAT Union & Industry Pension Fund                            06/30/2005
ATTN:  Matthew James                          ACCOUNT NO: 4522-003M
The Penn Mutual Towers - 16th Floor        STATEMENT NO:        25
510 Walnut Street
Philadelphia  PA  19106-3683

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 06/07/05 | Review file; telephone conference with Peggy Gilbert; letter to same. | 0.30 | |
| 06/16/05 | Telephone conference with fund Office; work on mortgage papers. | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 72.50 |
| | TOTAL CURRENT WORK | | 72.50 |
| | PREVIOUS BALANCE | | $333.50 |
| | BALANCE DUE | | $406.00 |



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
07/31/2005
ACCOUNT NO: 4522-003M
STATEMENT NO:      26

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 06/14/05 | Telephone conference with Duluth News Tribune; review of file regarding Foreclosure. | 0.20 | |
| 07/11/05 | Work on Foreclosure. | 0.40 | |
| 07/18/05 | Review correspondence. | 0.10 | |
| | FOR CURRENT SERVICES RENDERED | 0.70 | 101.50 |
| | Service Process | | 45.00 |
| | TOTAL EXPENSES THRU 07/31/05 | | 45.00 |
| | TOTAL CURRENT WORK | | 146.50 |
| | PREVIOUS BALANCE | | $406.00 |
| 07/27/05 | Payment - Thank You | | -333.50 |
| | BALANCE DUE | | $219.00 |



Remit to BROWN, ANDREW & SIGNORELLI, P.A.
300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802·1803 · (218) 722·1764
Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

INVOICE



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

RE:  Keith Rule, Inc. Collection
ARB

Page: 1
06/30/2005
ACCOUNT NO: 4522-003M
STATEMENT NO:        25

|            |                                                                            | HOURS |         |
|------------|----------------------------------------------------------------------------|-------|---------|
| 06/07/05   | Review file; telephone conference with Peggy Gilbert; letter to same.      | 0.30  |         |
| 06/16/05   | Telephone conference with fund Office; work on mortgage papers.            | 0.20  |         |
|            | FOR CURRENT SERVICES RENDERED                                              | 0.50  | 72.50   |
|            | TOTAL CURRENT WORK                                                          |       | 72.50   |
|            | PREVIOUS BALANCE                                                           |       | $333.50 |
|            | BALANCE DUE                                                                |       | $406.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.
306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764
Charges incurred after the most recent date of legal services or costs described on this invoice will appear on our next invoice. Thank You.



# JENNINGS SIGMOND
## ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

March 15, 2005

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

**RE:    International Painters and Allied Trades
Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find three invoices for services performed in September, October and November 2004, issued by our local counsel representing the Fund in the above-referenced matter. The bills are carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $406.00, representing services rendered and expenses related.

Thank you for your attention and cooperation in this matter.

Very truly yours,

SANFORD G. ROSENTHAL

SGR/jlt
Enclosure
ptintf.23289.bi
k. rule

149879-1



BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

Page: 1
IBPAT Union & Industry Pension Fund          09/30/2004
ATTN:  Matthew James                 ACCOUNT NO: 4522-003M
The Penn Mutual Towers - 16th Floor  STATEMENT NO:        16
510 Walnut Street
Philadelphia  PA  19106-3683

RE: Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 09/14/04 | Telephone conference with counsel. | 0.30 | |
| 09/20/04 | Work on filing Mortgage and Confession of Judgment. | 0.40 | |
| | FOR CURRENT SERVICES RENDERED | 0.70 | 101.50 |
| | Filing Fees | | 245.00 |
| | Mortgage Registration Tax | | 163.25 |
| | TOTAL EXPENSES THRU 09/30/04 | | 408.25 |
| | TOTAL CURRENT WORK | | 509.75 |
| | PREVIOUS BALANCE | | $101.50 |
| | BALANCE DUE | | $611.25 |

12/15/04   509.75
           101.50

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$            .

Fed. ID No. 41-1502219

Page: 1
10/31/2004

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

ACCOUNT NO: 4522-003M
STATEMENT NO:          17

RE:  Keith Rule, Inc. Collection
ARB

| | HOURS | |
|---|---|---|
| 10/29/04 Review of file; review internet correspondences; internet correspondence to counsel and client; telephone calls to Court Administrator and County Recorder. | 0.90 | |
| FOR CURRENT SERVICES RENDERED | 0.90 | 130.50 |
| TOTAL CURRENT WORK | | 130.50 |
| PREVIOUS BALANCE | | $611.25 |
| BALANCE DUE | | $741.75 |

12/15/04    509.75
232.00

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

**INVOICE**

Page: 1

IBPAT Union & Industry Pension Fund                        11/30/2004
ATTN:  Matthew James                        ACCOUNT NO: 4522-003M
The Penn Mutual Towers - 16th Floor        STATEMENT NO:        18
510 Walnut Street
Philadelphia  PA  19106-3683


RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 11/08/04 | Telephone calls to Court Administrator; telephone conference with Counsel; review of file. | 0.60 | |
| 11/12/04 | Telephone conference with Attorney Tortella; review of file; letter to Ms. Tortella. | 0.30 | |
| 11/15/04 | Letter to client. | 0.20 | |
| 11/22/04 | Telephone call to Court regarding Confession of Judgment. | 0.10 | |
| | FOR CURRENT SERVICES RENDERED | 1.20 | 174.00 |
| | TOTAL CURRENT WORK | | 174.00 |
| | PREVIOUS BALANCE | | $741.75 |
| | BALANCE DUE | | $915.75 |

12/15/04    509.75
406.00

Remit to BROWN, ANDREW & SIGNORELLI, P.A.
300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764
Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

STATEMENT OF ACCOUNT



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

**IBPAT Union & Industry Pension Fund**
**ATTN:  Matthew James**
**The Penn Mutual Towers - 16th Floor**
**510 Walnut Street**
**Philadelphia  PA  19106-3683**

RE:  Keith Rule, Inc. Collection
ARB

Page: 1
02/28/2005
ACCOUNT NO: 4522-003M
STATEMENT NO:        21

RECEIVED
MAR 1 5 2005

**PREVIOUS BALANCE**                                                         $406.00

**BALANCE DUE**                                                              $406.00

STATEMENT OF ACCOUNT



**BROWN, ANDREW
& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

**IBPAT Union & Industry Pension Fund**
**ATTN:  Matthew James**
**The Penn Mutual Towers - 16th Floor**
**510 Walnut Street**
**Philadelphia  PA  19106-3683**

**Page:  1**
01/31/2005
**ACCOUNT NO:  4522-003M**
**STATEMENT NO:       20**

**RE:  Keith Rule, Inc. Collection**
**ARB**

| | |
|---|---:|
| **PREVIOUS BALANCE** | $406.00 |
| **BALANCE DUE** | $406.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764

The legal services and costs related to this account balance are described in the invoice(s) that preceded this statement of account. Thank You.



JENNINGS
SIGMOND
ATTORNEYS AT LAW

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

November 18, 2004

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

RE:    International Painters and Allied Trades
       Industry Pension Fund v. Keith Rule, Inc.

Dear Gary:

Enclosed please find an invoice for services performed in September 2004, issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $509.75, representing services rendered and expenses related.

Please note that there is a previous balance of $101.50 indicated on this bill.  If this amount has already been paid, please contact me immediately so that I can investigate the matter further.  Otherwise, please remit $611.25 representing the total balance due at this time.

Thank you for your attention and cooperation in this matter.

Very truly yours,

SANFORD G. ROSENTHAL

SGR/jlt
Enclosure
ptintf.23289.bi
k. rule

144251-1

**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

OCT 2 5 2004

Page: 1
09/30/2004

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

ACCOUNT NO: 4522-003M
STATEMENT NO:        16

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 09/14/04 | Telephone conference with counsel. | 0.30 | |
| 09/20/04 | Work on filing Mortgage and Confession of Judgment. | 0.40 | |
| | FOR CURRENT SERVICES RENDERED | 0.70 | 101.50 |
| | Filing Fees | | 245.00 |
| | Mortgage Registration Tax | | 163.25 |
| | TOTAL EXPENSES THRU 09/30/04 | | 408.25 |
| | TOTAL CURRENT WORK | | 509.75 |
| | PREVIOUS BALANCE | | $101.50 |
| | BALANCE DUE | | $611.25 |

INVOICE



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page:  1
10/31/2004
ACCOUNT NO:  4522-003M
STATEMENT NO:        17

RE:  Keith Rule, Inc. Collection
ARB

| | HOURS | |
|---|---|---|
| 10/29/04 Review of file; review internet correspondences; internet correspondence to counsel and client; telephone calls to Court Administrator and County Recorder. | 0.90 | |
| FOR CURRENT SERVICES RENDERED | 0.90 | 130.50 |
| TOTAL CURRENT WORK | | 130.50 |
| PREVIOUS BALANCE | | $611.25 |
| BALANCE DUE | | $741.75 |

23280



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN: Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
06/30/2004
ACCOUNT NO: 4522-003M
STATEMENT NO:     13

JUL 3 0 2004

RE:  Keith Rufe, Inc. Collection
ARB

| | HOURS | |
|---|---|---|
| 06/07/04 Review correspondence. | 0.20 | |
| 06/18/04 Letter to Mr. DeFortuna. | 0.20 | |
| FOR CURRENT SERVICES RENDERED | 0.40 | 58.00 |
| TOTAL CURRENT WORK | | 58.00 |
| BALANCE DUE | | $58.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

STATEMENT OF ACCOUNT

**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN: Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
12/31/2004
ACCOUNT NO: 4522-003M
STATEMENT NO:        19

RE:  Keith Rule, Inc. Collection
ARB



PREVIOUS BALANCE                                                     $915.75

12/15/04 Payment - Thank You                                        -509.75

BALANCE DUE                                                         $406.00

Print
23289

Remit to BROWN, ANDREW & SIGNORELLI, P.A.
306 West Superior Street, Suite 300 • Duluth, Minnesota 55802-5017 • (218) 722-1764
The legal services and costs related to this account balance are described in the invoice(s) that preceded this statement of account. Thank You.



**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971
© ⬛⬛⬛ 202

**ATTORNEYS AT LAW**

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

December 16, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

RE:    **International Painters and Allied Trades**
       **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice indicating a previous balance of $1,207.17 issued by our local counsel representing the Fund in the above-referenced matter. If this amount has already been paid, please contact me immediately so that I can investigate the matter further.  Otherwise, I recommend payment in the amount of $1,207.17 representing the total balance due at this time.

Thank you for your attention and cooperation in this matter.

Very truly yours,

**SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

127418-1



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE
$
Fed. ID No. 41-1502219

DEC 1 5 2003

Page: 1
11/30/2003

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

ACCOUNT NO: 4522-003M
STATEMENT NO:        11

RE:  Keith Rule, Inc. Collection
ARB

PREVIOUS BALANCE                                    $1,692.67

11/28/03 Payment - Thank You                         -485.50

BALANCE DUE                                         $1,207.17



# JENNINGS SIGMOND
## ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

November 21, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

> **RE:    International Painters and Allied Trades**
> **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice for services performed in October 2003, issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $1,207.17, representing services rendered and expenses related.

Please note that there is an outstanding balance of $485.50 indicated on this bill. If this amount has already been paid, please contact me immediately so that I can investigate the matter further. Otherwise, please remit $1,692.67 representing the total balance due at this time.

Thank you for your attention and cooperation in this matter.

Very truly yours,

SANFORD G. ROSENTHAL

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

126124-1

INVOICE



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

RECEIVED
NOV 2 0 2003

REMITTANCE

$

Fed. ID No. 41-1502219

Page: 1
10/31/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:     10

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683


RE:  Keith Rule, Inc. Collection
ARB


|  |  | HOURS |  |
|---|---|---|---|
| 10/02/03 | Work on collection documents. | 0.40 | |
| 10/03/03 | Telephone conferences and e-mails regarding collection and Sheriff sale. | 0.50 | |
| 10/06/03 | Telephone conferences; draft documents. | 2.40 | |
| 10/07/03 | Prepare documents; meet with Mr. Rule. | 2.20 | |
| 10/08/03 | Telephone conferences and e-mails regarding sale. | 0.60 | |
| | FOR CURRENT SERVICES RENDERED | 6.10 | 823.50 |
| | Photocopy expense | | 8.00 |
| | Postage | | 2.67 |
| | Sheriff's Service Fee | | 120.00 |
| | Publication Fee | | 253.00 |
| | TOTAL EXPENSES THRU 10/31/03 | | 383.67 |
| | TOTAL CURRENT WORK | | 1,207.17 |
| | PREVIOUS BALANCE | | $742.00 |
| 10/17/03 | Payment - Thank You | | -256.50 |
| | BALANCE DUE | | $1,692.67 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.



# Jennings Sigmond
## ATTORNEYS AT LAW

**Jennings Sigmond, P.C.**
The Penn Mutual Towers
16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
215-922-6700
Fax 215-922-3524

Edward Davis 1893-1987
M. H. Goldstein 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

October 27, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

     **RE:**   **International Painters and Allied Trades
            Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

     Enclosed please find an invoice for services performed in September 2003, issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $485.50, representing services rendered.

     Please note that there is a previous balance of $580.60 indicated on this bill. If this amount has already been paid, please contact me immediately so that I can investigate the matter further. Otherwise, please remit $742.00 representing the total balance due at this time.

     Thank you for your attention and cooperation in this matter.

              Very truly yours,

              SANFORD G. ROSENTHAL

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

124500-1



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

INVOICE

|  |  |
|---|---|
| IBPAT Union & Industry Pension Fund | Page: 1 |
| ATTN:  Matthew James | 09/30/2003 |
| The Penn Mutual Towers - 16th Floor | ACCOUNT NO: 4522-003M |
| 510 Walnut Street | STATEMENT NO:        9 |
| Philadelphia  PA  19106-3683 | |

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS | |
|---|---|---|---|
| 09/11/03 | Telephone conference with counsel; review file; telephone conferences with Craig Olson and Gordy Smith of the Local. | 1.40 | |
| 09/12/03 | Research; Memorandum to file regarding public work. | 0.60 | |
| 09/16/03 | Review of internet correspondence; telephone conference with Local regarding jobs. | 0.20 | |
| 09/18/03 | Telephone conference; research regarding bond claims. | 0.40 | |
| 09/25/03 | Telephone conference with counsel; internet correspondence regarding same. | 0.70 | |
| | FOR CURRENT SERVICES RENDERED | 3.30 | 445.50 |
| | Abstract fees | | 40.00 |
| | TOTAL EXPENSES THRU 09/30/03 | | 40.00 |
| | TOTAL CURRENT WORK | | 485.50 |
| | PREVIOUS BALANCE | | $580.60 |
| 09/08/03 | Payment - Thank You | | -324.10 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund

Page: 2
09/30/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:         9

RE:   Keith Rule, Inc. Collection
ARB

BALANCE DUE                                    $742.00

Remit to BROWN, ANDREW & SIGNORELLI, P.A.
300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764
Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

# JENNINGS SIGMOND
### ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971



September 16, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

    **RE:    International Painters and Allied Trades**
             **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

    Enclosed please find an invoice for services performed in August 2003, issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $256.50, representing services rendered.

    Please note that there is a previous balance of $324.10 indicated on this bill. If this amount has already been paid, please contact me immediately so that I can investigate the matter further. Otherwise, please remit $580.60 representing the total balance due at this time.

    Thank you for your attention and cooperation in this matter.

             Very truly yours,

             **SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

122037-1

INVOICE

**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
08/31/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:        8



RE:  Keith Rule, Inc. Collection
ARB

|            |                                                                                            | HOURS |          |
|------------|--------------------------------------------------------------------------------------------|-------|----------|
| 08/21/03   | Telephone conference with Sheriff; letter to client.                                       | 0.20  |          |
| 08/25/03   | Review correspondence; telephone conference with Title Company; arrange for publication.   | 0.50  |          |
| 08/28/03   | Review of O & E report; research regarding same; review regarding priority; arrange for publication. | 1.20  |          |
|            | FOR CURRENT SERVICES RENDERED                                                              | 1.90  | 256.50   |
|            | TOTAL CURRENT WORK                                                                         |       | 256.50   |
|            | PREVIOUS BALANCE                                                                          |       | $324.10  |
|            | BALANCE DUE                                                                               |       | $580.60  |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING . DULUTH, MINNESOTA 55802-1803 . (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.





# JENNINGS SIGMOND

## ATTORNEYS AT LAW

**Jennings Sigmond, P.C.**
The Penn Mutual Towers
16th Floor
510 Walnut Street
Independence Square
Philadelphia, PA 19106-3683
215-922-6700
Fax 215-922-3524

Edward Davis 1893-1987
M. H. Goldstein 1904-1971



Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

August 18, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

     **RE:**   **International Painters and Allied Trades**
               **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

     Enclosed please find an invoice for services performed for July 2003, issued by local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $324.10, representing services rendered.

     Thank you for your attention and cooperation in this matter.

                          Very truly yours,

                          **SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

118782-1



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

Page: 1
07/31/2003

IBPAT Union & Industry Pension Fund
ATTN: Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia PA 19106-3683

ACCOUNT NO: 4522-003M
STATEMENT NO:          7



RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 07/16/03 | Telephone conference with Sheriff's office; prepare Levy on property; letter to client. | 1.10 | |
| 07/22/03 | Telephone conferences with Court regarding Execution; prepare Affidavit. | 0.50 | |
| 07/28/03 | Telephone call to Sheriff regarding Levy. | 0.20 | |
| 07/30/03 | Telephone conference and meeting with Sheriff's office regarding Levy on property. | 0.30 | |
| | FOR CURRENT SERVICES RENDERED | 2.10 | 283.50 |

|  |  |  |
|---|---|---|
| | Postage | 0.60 |
| | Misc. Expense | 40.00 |
| | TOTAL EXPENSES THRU 07/31/03 | 40.60 |
| | TOTAL CURRENT WORK | 324.10 |
| | PREVIOUS BALANCE | $547.65 |
| 07/16/03 | Payment - Thank You | -205.50 |
| 07/28/03 | Payment - Thank You | -342.15 |
| | TOTAL PAYMENTS | -547.65 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING - DULUTH, MINNESOTA 55802-1803 - (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.


BROWN, ANDREW
& SIGNORELLI, P.A.
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

**IBPAT Union & Industry Pension Fund**

Page: 2
07/31/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:         7

RE:  Keith Rule, Inc. Collection
ARB


BALANCE DUE                                    $324.10

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.



# JENNINGS SIGMOND
## ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971



July 15, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

> RE:    **International Painters and Allied Trades**
>        **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice for services performed for the period May 2, 2003 through June 5, 2003, issued by local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of  $342.15, representing services rendered.

Please note that there is a previous balance of $205.50 indicated on this bill.  If this amount has already been paid, please contact me immediately so that I can investigate the matter further.  Otherwise, I recommend payment in the amount of $547.65 representing services rendered through June 5, 2003.

Thank you for your attention and cooperation in this matter.

Very truly yours,

SANFORD G. ROSENTHAL

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

118782-1

**BROWN, ANDREW
& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

JUL 14 2003

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
06/30/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:          6

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 05/02/03 | Review of correspondence. | 0.10 | |
| 05/20/03 | Telephone conference with Tom Montemore. | 0.20 | |
| 05/21/03 | Letter to Mr. Rule; telephone conference with realtor regarding drive-by. | 1.20 | |
| 05/22/03 | Work on collection matters; telephone call to Realtor. | 0.80 | |
| 06/05/03 | E-mails to Mr. DeFortuna and Mr. Gilbert. | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 2.50 | 337.50 |

| | |
|---|---|
| Postage | 4.65 |
| TOTAL EXPENSES THRU 06/30/03 | 4.65 |
| TOTAL CURRENT WORK | 342.15 |
| PREVIOUS BALANCE | $205.50 |
| BALANCE DUE | $547.65 |

# JENNINGS SIGMOND

### ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

June 19, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

> **RE:** **International Painters and Allied Trades**
> **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice for a previous balance representing services performed in April 2003, issued by our local counsel representing the Fund in the above-referenced matter. The April bill was carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $205.50, representing services rendered.

Thank you for your attention and cooperation in this matter.

Very truly yours,

SANFORD G. ROSENTHAL

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

117356-1



**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

S

Fed. ID No. 41-1502219

Page: 1
05/31/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:        5

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683



RE:  Keith Rule, Inc. Collection
ARB

PREVIOUS BALANCE                                        $369.00

05/28/03 Payment - Thank You                            -163.50

BALANCE DUE                                             $205.50

# JENNINGS SIGMOND

## ATTORNEYS AT LAW

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971



May 29, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

      **RE:**    **International Painters and Allied Trades
              Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

     Enclosed please find an invoice for services performed in April 2003, issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $205.50, representing services rendered.

     Please note that there is a previous balance of $163.50 indicated on this bill. If this amount has already been paid, please contact me immediately so that I can investigate the matter further.

     Thank you for your attention and cooperation in this matter.

                         Very truly yours,

                         **SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

116193-1

INVOICE



**BROWN, ANDREW
& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

                                       Page: 1
                                    04/30/2003
                      ACCOUNT NO: 4522-003M
                      STATEMENT NO:          4

RE:  Keith Rule, Inc. Collection
ARB



MAY 2 3 2003

|  |  | HOURS |  |
|---|---|---|---|
| 04/02/03 | Review of faxes regarding collection. | 0.30 |  |
| 04/03/03 | Work on collection matters. | 0.20 |  |
| 04/08/03 | Telephone conference with Mr. DeFortuna. | 0.10 |  |
| 04/16/03 | Telephone conference with client and with Bank. | 0.40 |  |
| 04/24/03 | Review of correspondence; internet correspondence. | 0.20 |  |
| 04/25/03 | Review of correspondence; internet correspondence to client regarding levy. | 0.10 |  |
|  | FOR CURRENT SERVICES RENDERED | 1.30 | 175.50 |
|  | Misc. Expense |  | 30.00 |
|  | TOTAL EXPENSES THRU 04/30/03 |  | 30.00 |
|  | TOTAL CURRENT WORK |  | 205.50 |
|  | PREVIOUS BALANCE |  | $163.50 |
|  | BALANCE DUE |  | $369.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.



**JENNINGS SIGMOND**

ATTORNEYS AT LAW

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

April 15, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

　　　　**RE:    International Painters and Allied Trades
　　　　　　　　Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

　　　　Enclosed please find an invoice for services performed in March 2003, issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $135.00, representing services rendered.

　　　　Thank you for your attention and cooperation in this matter.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　**SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

112177-1



**BROWN, ANDREW & SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

APR 1 4 2003

Fed. ID No. 41-1502219

Page: 1
03/31/2003

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

ACCOUNT NO: 4522-003M
STATEMENT NO:        3

RE:  Keith Rule, Inc. Collection
ARB

|  |  | HOURS |  |
|---|---|---|---|
| 03/28/03 | Review Judgment; work on levies; telephone conference with counsel; telephone realtor. | 0.90 |  |
| 03/31/03 | Work on levy. | 0.20 |  |
|  | FOR CURRENT SERVICES RENDERED | 1.10 | 148.50 |
|  | Misc. Expense |  | 15.00 |
|  | TOTAL EXPENSES THRU 03/31/03 |  | 15.00 |
|  | TOTAL CURRENT WORK |  | 163.50 |
|  | PREVIOUS BALANCE |  | $500.60 |
| 03/04/03 | Payment - Thank You |  | -135.00 |
| 03/31/03 | Payment - Thank You |  | -365.60 |
|  | TOTAL PAYMENTS |  | -500.60 |
|  | BALANCE DUE |  | $163.50 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.

300 ALWORTH BUILDING · DULUTH, MINNESOTA 55802-1803 · (218) 722-1764

Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.

23287

rule

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**
1750 NEW YORK AVENUE, N.W., SUITE 501, UNITED UNIONS BUILDING, WASHINGTON, D.C. 20006-5301 • PHONE 202-783-4884 • FAX 202-393-6475

# 046821

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 023570 | KEITH RULE | 3/20/2003 | 365.60 | 365.60 | 0.00 | 365.60 |



**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**
1750 NEW YORK AVENUE, N.W.
SUITE 501, UNITED UNIONS BUILDING
WASHINGTON, D.C. 20006-5475
PHONE 202-783-4884 • FAX 202-393-6475

**The Northern Trust Company**
Chicago, IL 0710
Payable Through
Northern Trust Bank/DuPage Oak Brook, IL

70-2382
719

# 046821

| CHECK DATE | CONTROL NO. | CHECK AMOUNT |
|---|---|---|
| 3/20/2003 | 046821 | *******365.60 |

**PAY**  Three Hundred Sixty-Five and 60/100----------------------------------------- dollars

**TO THE ORDER OF**  BROWN ANDREW SIGNORELLI
306 W SUPERIOR STREET
DULUTH, MN  55802-1803

⑆046821⑈ ⑆071923828⑈030169019⑈

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**
1750 NEW YORK AVENUE, N.W., SUITE 501, UNITED UNIONS BUILDING, WASHINGTON, D.C. 20006-5301 • PHONE 202-783-4884 • FAX 202-393-6475

046680

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 023302 | KEITH RULE IN | 1/31/2003 | 135.00 | 135.00 | 0.00 | 135.00 |

---

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**
1750 NEW YORK AVENUE, N.W.
SUITE 501, UNITED UNIONS BUILDING
WASHINGTON, D.C. 20006-5301
PHONE 202-783-4884 • FAX 202-393-6475

The Northern Trust Company
Chicago, IL 0710
Payable Through
Northern Trust Bank/DuPage Oak Brook, IL

70-2382
719

046680

| CHECK DATE | CONTROL NO. | CHECK AMOUNT |
|---|---|---|
| 2/26/2003 | 046680 | ********135.00 |

PAY    One Hundred Thirty-Five and 00/100----------------------------------------- dollars

· TO THE
ORDER        BROWN ANDREW SIGNORELLI
OF           306 W SUPERIOR STREET
             DULUTH, MN  55802-1803



23289.0

⑈046680⑈ ⑆071923828⑆030169019⑈



# JENNINGS SIGMOND

## ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

February 13, 2003

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

> **RE:    International Painters and Allied Trades**
> **Industry Pension Fund v. Keith Rule, Inc.**

Dear Gary:

Enclosed please find an invoice for services performed in January 2003, issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $135.00, representing services rendered.

Thank you for your attention and cooperation in this matter.

Very truly yours,

**SANFORD G. ROSENTHAL**

SGR/RJD/tkl
Enclosure
ptintf.23289.bi
k. rule

110846-1

**BROWN, ANDREW**
**& SIGNORELLI, P.A.**
ATTORNEYS AT LAW

REMITTANCE

$

Fed. ID No. 41-1502219

IBPAT Union & Industry Pension Fund
ATTN:  Matthew James
The Penn Mutual Towers - 16th Floor
510 Walnut Street
Philadelphia  PA  19106-3683

Page: 1
01/31/2003
ACCOUNT NO: 4522-003M
STATEMENT NO:          1

RE:  Keith Rule, Inc. Collection
ARB

|            |                                                                                                    | HOURS |         |
|------------|----------------------------------------------------------------------------------------------------|-------|---------|
| 01/28/03   | Telephone conference with Mr. DeFortuna; research; open file; telephone call to Courthouse regarding property. | 0.70  |         |
| 01/29/03   | Telephone conference with Rick DeFortuna; telephone conference with Title Company.                 | 0.30  |         |
|            | FOR CURRENT SERVICES RENDERED                                                                      | 1.00  | 135.00  |
|            | TOTAL CURRENT WORK                                                                                 |       | 135.00  |
|            | BALANCE DUE                                                                                        |       | $135.00 |

Remit to BROWN, ANDREW & SIGNORELLI, P.A.
300 ALWORTH BUILDING • DULUTH, MINNESOTA 55802-1803 • (218) 722-1764
Charges incurred after the most recent date of legal services or disbursements described on this invoice will appear on our next invoice. Thank You.